Charles C. Sipos, Bar No. 348801
CSipos@perkinscoie.com
Ellie F. Chapman, Bar No. 305473
EChapman@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone:    +1.206.359.8000
Facsimile:    +1.206.359.9000

Julie L. Hussey, Bar No. 237711
JHussey@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Suite 300
San Diego, California 92130-2080
Telephone:    +1.858.720.5700
Facsimile:    +1.858.720.5799

Attorneys for Defendant Amazon.com, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SHANNON IRELAND-GORDY, et al., | Case No. 3:23-cv-04119-AMO |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | |
| TILE, INC., et al., | |
| Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** of the appearance in this litigation of Defendant Amazon.com, Inc., by and through the undersigned counsel.  Copies of all documents and pleadings with regard to this litigation, with the exception of original process, are to be served on the undersigned counsel.

DATED:  August 31, 2023

**PERKINS COIE LLP**

By:  _s/ Charles C. Sipos_
     Charles C. Sipos, Bar No. 348801

By:  _s/ Ellie F. Chapman_
     Ellie F. Chapman, Bar No. 305473

     1201 Third Avenue, Suite 4900
     Seattle, Washington 98101-3099
     Telephone: +1.206.359.8000
     Facsimile: +1.206.359.9000
     _CSipos@perkinscoie.com_
     _EChapman@perkinscoie.com_

By:  _s/ Julie L. Hussey_
     Julie L. Hussey, Bar No. 237711

     11452 El Camino Real, Suite 300
     San Diego, California 92130-2080
     Telephone: +1.858.720.5700
     Facsimile: +1.858.720.5799
     _JHussey@perkinscoie.com_

_Attorneys for Defendant Amazon.com, Inc._

NOTICE OF APPEARANCE
CASE NO. 3:23-CV-04119-AMO