```
COOLEY LLP
TRAVIS LEBLANC (251097)
(tleblanc@cooley.com)
JEFFREY M. GUTKIN (216083)
(jgutkin@cooley.com)
MAX A. BERNSTEIN (305722)
(mbernstein@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

AMANDA A. MAIN (260814)
(amain@cooley.com)
SAM BLANKENSHIP (339905)
(sblankenship@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

Attorneys for Defendants
Tile, Inc. and Life360, Inc.
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON IRELAND-GORDY and STEPHANIE IRELAND GORDY, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>TILE, INC., LIFE360, INC., and AMAZON.COM, INC.,<br><br>    Defendants. | Case No. 3:23-CV-04119-AMO<br><br>**NOTICE OF APPEARANCE OF JEFFREY M. GUTKIN**<br><br>Date Action Filed: 08/14/2023 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF APPEARANCE OF
JEFFREY M. GUTKIN
CASE NO. 3:23-CV-04119-AMO

**TO THE CLERK, ALL PARTIES AND ALL COUNSEL OF RECORD:**

Defendants Tile, Inc. and Life360, Inc. notify the Court and all parties that Jeffrey M. Gutkin of the law firm Cooley LLP hereby appears as Defendants Tile, Inc. and Life360, Inc.'s counsel of record in this action. He is admitted to practice in California and before this Court. His address, telephone number, facsimile number and e-mail address are as follows:

```
                    COOLEY LLP
              Jeffrey M. Gutkin (216083)
           3 Embarcadero Center, 20th Floor
          San Francisco, California 94111-4004
             Telephone    (415) 693-2000
             Facsimile:   (415) 693-2222
             E-mail:      jgutkin@cooley.com
```

Please serve said counsel with all pleadings, notices, and other filings in this action.

Dated: September 19, 2023            COOLEY LLP


                                     By: */s/ Jeffrey M. Gutkin*
                                         Jeffrey M. Gutkin

                                     Attorneys for Defendants
                                     Tile, Inc. and Life360, Inc.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

NOTICE OF APPEARANCE OF
JEFFREY M. GUTKIN
CASE NO. 3:23-CV-04119-AMO