COOLEY LLP
TRAVIS LEBLANC (251097)
(tleblanc@cooley.com)
JEFFREY M. GUTKIN (216083)
(jgutkin@cooley.com)
MAX A. BERNSTEIN (305722)
(mbernstein@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

AMANDA A. MAIN (260814)
(amain@cooley.com)
SAM BLANKENSHIP (339905)
(sblankenship@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

Attorneys for Defendants
Tile, Inc. and Life360, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON IRELAND-GORDY and STEPHANIE IRELAND GORDY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TILE, INC., LIFE360, INC., and AMAZON.COM, INC.,<br><br>Defendants. | Case No. 3:23-CV-04119-AMO<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS TILE, INC. AND LIFE360, INC. TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>Date Action Filed: 08/14/2023 |

# STIPULATION

Pursuant to Civil Local Rule 6-1(a), Plaintiffs Shannon Ireland-Gordy and Stephanie Ireland Gordy ("Plaintiffs") and Defendants Tile, Inc. ("Tile") and Life360, Inc. ("Life360") (collectively with Plaintiffs, "the Parties"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS, on August 14, 2023, Plaintiffs filed a putative class action lawsuit against Life360, Tile, and additional defendant Amazon.com, Inc. (ECF No. 1, the "Complaint");

WHEREAS, Plaintiffs served the Complaint on Tile and Life 360 on August 30, 2023;

WHEREAS, Tile and Life360's current deadline to respond to the Complaint is September 20, 2023;

WHEREAS, the Parties have met and conferred and agreed to extend Tile and Life360's deadline to respond to the Complaint to November 7, 2023; and

WHEREAS, this modification will not alter the date of any event or any deadline already fixed by Court order.

NOW THEREFORE, the parties hereby stipulate and agree, pursuant to Civil Local Rule 6-1(a), to extend the deadline for Tile and Life360 to respond to the Complaint to November 7, 2023.

**IT IS SO STIPULATED.**

Dated: September 19, 2023                    COOLEY LLP

By: */s/ Amanda A. Main*
    Amanda A. Main

Attorneys for Defendants
Tile, Inc. and Life360, Inc.

| | |
|---|---|
| Dated: September 19, 2023 | MILSTEIN JACKSON FAIRCHILD & WADE, LLP |
| | By: */s/ Gillian L. Wade*<br>Gillian L. Wade (229124)<br>gwade@mjfwlaw.com<br>Sara D. Avila (263213)<br>savila@mjfwlaw.com<br>Marc A. Castaneda, (299001)<br>mcastaneda@mjfwlaw.com<br>10990 Wilshire Blvd., 8th Floor<br>Los Angeles, California 90024<br>Tel: (310) 396-9600<br>Fax: (310) 396-9635 |
| | Attorneys for Plaintiffs Shannon Ireland-Gordy and Stephanie Ireland Gordy |

\* \* \*

### **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I, Amanda A. Main, hereby attest that concurrence in the filing of this document has been obtained.

| | |
|---|---|
| Dated: September 19, 2023 | */s/ Amanda A. Main*<br>Amanda A. Main |

291079830