COOLEY LLP
TRAVIS LEBLANC (251097)
(tleblanc@cooley.com)
JEFFREY M. GUTKIN (216083)
(jgutkin@cooley.com)
MAX A. BERNSTEIN (305722)
(mbernstein@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:   (415) 693-2000
Facsimile:    (415) 693-2222

AMANDA A. MAIN (260814)
(amain@cooley.com)
SAM BLANKENSHIP (339905)
(sblankenship@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone:   (650) 843-5000
Facsimile:    (650) 849-7400

Attorneys for Defendants
Tile, Inc. and Life360, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON IRELAND-GORDY and STEPHANIE IRELAND GORDY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TILE, INC., LIFE360, INC., and AMAZON.COM, INC.,<br><br>Defendants. | Case No. 3:23-CV-04119-AMO<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT**<br><br>Date Action Filed: 08/14/2023 |

## **STIPULATION**

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Shannon Ireland-Gordy and Stephanie Ireland Gordy ("Plaintiffs") and Defendants Tile, Inc. ("Tile"), Life360, Inc. ("Life360"), and Amazon.com, Inc. ("Amazon") (collectively, "the Parties"), by and through their respective counsel, hereby agree and stipulate that good cause exists to request an order from the Court continuing the Initial Case Management Conference in the above-captioned matter until a date convenient for the Court on or after March 14, 2024 and vacating Defendants' deadline to answer the complaint.

WHEREAS, on August 14, 2023, Plaintiffs filed a putative class action lawsuit against Life360, Tile, and Amazon (ECF No. 1, the "Complaint");

WHEREAS, the Court scheduled an Initial Case Management Conference (the "Initial CMC") for November 16, 2023 (ECF No. 9);

WHEREAS, Amazon's current deadline to respond to the Complaint is October 30, 2023 (ECF No. 10.);

WHEREAS, the Parties previously stipulated to extend Tile and Life360's deadline to respond to the Complaint to November 7, 2023 (ECF No. 20);

WHEREAS, the Parties wish to engage in private mediation to explore a mutually-agreeable resolution of the claims in the Complaint that would render further litigation unnecessary; and

WHEREAS, the Parties have agreed that, in an effort to preserve the Parties' and Court's resources, and to accommodate possible early resolution, the Initial CMC should be continued by approximately four months and Defendants' deadlines to respond to the Complaint should be vacated while mediation is attempted.

NOW THEREFORE, the parties, by and through their respective undersigned counsel, hereby stipulate and agree that:

1. The Initial CMC should be continued to a date convenient for the Court on or after March 14, 2024 (the "Continued Initial CMC");

2. Defendants Life360, Tile, and Amazon's current deadlines to respond to the Complaint should be vacated and reset, if necessary, by an agreement of the Parties to be reached

promptly after the conclusion of mediation or, if the Parties do not agree, at the Continued Initial CMC; and

   3. The Parties' various, interim deadlines that are dependent on the date of the Initial Case Management Conference (*e.g.*, deadlines to file a joint CMC statement, conduct a Rule 26(f) Conference, exchange initial disclosures, etc.) shall be reset based on the date of the Continued Initial CMC.

  **IT IS SO STIPULATED.**

Dated: October 23, 2023          COOLEY LLP


                   By: */s/ Jeffrey M. Gutkin*
                      Jeffrey M. Gutkin

                  Attorneys for Defendants
                  Tile, Inc. and Life360, Inc.


Dated: October 23, 2023          MILSTEIN JACKSON FAIRCHILD & WADE, LLP


                  By: */s/ Gillian L. Wade*
                     Gillian L. Wade (229124)
                     gwade@mjfwlaw.com
                     Sara D. Avila (263213)
                     savila@mjfwlaw.com
                     Marc A. Castaneda, (299001)
                     mcastaneda@mjfwlaw.com
                     10990 Wilshire Blvd., 8th Floor
                     Los Angeles, California 90024
                     Tel: (310) 396-9600
                     Fax: (310) 396-9635

                  Attorneys for Plaintiffs Shannon Ireland-
                  Gordy and Stephanie Ireland Gordy

Dated: October 23, 2023                    PERKINS COIE LLP


                                           By: /s/ *Charles C. Sipos*
                                               Charles C. Sipos (348801)
                                               CSipos@perkinscoie.com
                                               Ellie F. Chapman (305473)
                                               EChapman@perkinscoie.com
                                               1201 Third Avenue, Suite 4900
                                               Seattle, Washington 98101-3099
                                               Tel: (206) 359-8000
                                               Fax: (206) 359-9000

                                               Attorneys for Defendant Amazon.com,
                                               Inc.


* * *

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I, Jeffrey M. Gutkin, hereby attest that concurrence in the filing of this document has been obtained.

Dated: October 23, 2023                    /s/ *Jeffrey M. Gutkin*
                                           Jeffrey M. Gutkin


* * *

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Initial Case Management Conference in the above-titled matter is continued to _____.


Dated: _____, 2023                  _____
                                           HON. ARACELI MARTÍNEZ-OLGUÍN
                                           UNITED STATES DISTRICT JUDGE

4     STIPULATION AND [PROPOSED] ORDER
      CONTINUING CMC AND DEADLINE TO RESPOND
      CASE NO. 3:23-CV04119