COOLEY LLP
TRAVIS LEBLANC (251097)
(tleblanc@cooley.com)
JEFFREY M. GUTKIN (216083)
(jgutkin@cooley.com)
MAX A. BERNSTEIN (305722)
(mbernstein@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

AMANDA A. MAIN (260814)
(amain@cooley.com)
SAM BLANKENSHIP (339905)
(sblankenship@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone:   (650) 843-5000
Facsimile:   (650) 849-7400

Attorneys for Defendants
Tile, Inc. and Life360, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON IRELAND-GORDY and STEPHANIE IRELAND GORDY, individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>   v.<br><br>TILE, INC., LIFE360, INC., and AMAZON.COM, INC.,<br><br>           Defendants. | Case No. 3:23-CV-04119-AMO<br><br>**DECLARATION OF JEFFREY M. GUTKIN IN SUPPORT OF THE PARTIES' STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND DEFENDANTS' DEADLINE TO RESPOND OT COMPLAINT**<br><br>Date Action Filed: 08/14/2023 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GUTKIN DECL. ISO STIPULATION TO
CONTINUE CMC AND DEADLINES
CASE NO. 3:23-CV-04119

I, Jeffrey M. Gutkin, declare as follows:

1. I am an attorney with the law firm Cooley LLP, licensed to practice in the State of California. I represent Tile, Inc. and Life360, Inc. in the above-captioned matter. I have personal knowledge of the following facts and if called to testify, could and would competently testify thereto.

2. I submit this declaration in accordance with Rule 6-2(a) of the civil Local Rules for the United States District Court for the Northern District of California.

3. On August 14, 2023, Shannon Ireland-Gordy and Stephanie Ireland Gordy ("Plaintiffs") filed a putative class action complaint (the "Complaint") against Tile, Inc., Life360, Inc., and Amazon.com, Inc. ("Defendants"; with Plaintiffs, the "Parties") (ECF No. 1).

4. The Court scheduled an Initial Case Management Conference for November 16, 2023 (the "Initial CMC") (ECF No. 9).

5. On September 16, 2023, Tile, Inc., Life360, Inc. and Plaintiffs stipulated to extend the Tile, Inc. and Life360, Inc.'s deadline to respond to the Complaint to November 7, 2023 (ECF No. 20). The stipulation extending Tile, Inc. and Life360, Inc.'s deadline to respond to the Complaint is the only time modification the Parties have stipulated to in this case. The Court has ordered no time modifications.

6. The Parties have met and conferred and wish to engage in private mediation to explore a mutually-agreeable resolution of the claims in the Complaint that would render further litigation unnecessary. The Parties agree that, in an effort to preserve the Parties' and the Court's resources, and to accommodate possible early resolution, the Initial CMC should be continued by approximately four months and Defendants' deadlines to respond to the Complaint should be vacated while mediation is attempted.

7. If granted, the requested relief would continue the Initial CMC in this matter by four or more months and would vacate Defendants' deadline to respond to the Complaint, which deadline would be reset by agreement of the Parties or Court order.

///

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

GUTKIN DECL. ISO STIPULATION TO
CONTINUE CMC AND DEADLINES
CASE NO. 3:23-CV-04119

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of October 2023.

                                            */s/ Jeffrey M. Gutkin*
                                              Jeffrey M. Gutkin

292593279