COOLEY LLP
TRAVIS LEBLANC (251097)
(tleblanc@cooley.com)
JEFFREY M. GUTKIN (216083)
(jgutkin@cooley.com)
MAX A. BERNSTEIN (305722)
(mbernstein@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

AMANDA A. MAIN (260814)
(amain@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Defendants
Tile, Inc. and Life360, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHANNON IRELAND-GORDY, STEPHANIE IRELAND GORDY, MELISSA BROAD, and JANE DOE, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

TILE, INC., LIFE360, INC., and AMAZON.COM, INC.,

Defendants.

Case No. 3:23-CV-04119-RFL

**DECLARATION OF STEVE KLINKNER IN SUPPORT OF DEFENDANTS TILE, INC. AND LIFE360, INC.'S MOTION TO COMPEL ARBITRATION**

Dept: 15
Judge: Rita F. Lin
Trial Date: TBD
Date Action Filed: August 14, 2023

I, Steve Klinkner, hereby declare as follows:

1. I am currently employed by Life360, Inc. ("Life360"), which acquired Tile, Inc. ("Tile") in January 2022. I have been at Tile since August 2017 and served as the Vice President of Engineering and Chief Technology Officer. Since the acquisition, I have been the Vice President of Product Engineering at Life360. As part of my job, I am familiar with the process by which users sign up for Tile accounts. I have also become personally familiar with the systems and records that relate to and track Tile's Terms of Service that users accept in connection with their use of the Tile platform, as well as the way user account information is logged and stored in the ordinary course of business, and I understand how to retrieve such records and information. I make the statements in this declaration based on my personal knowledge of the matters set forth below and based upon my review of records maintained in the ordinary course of business. If called as a witness, I could and would testify competently to the matters stated therein.

2. I submit this Declaration in support of Life360 and Tile's Motion to Compel Arbitration, filed concurrently herewith.

3. I understand that this lawsuit was brought by four plaintiffs, including Plaintiffs Melissa Broad ("Broad") and Jane Doe ("Doe") (together, "Plaintiffs"), and involves allegations about privacy violations related to Plaintiffs' alleged stalkers' use of Tile devices.

4. I have reviewed the Tile account information and records for Plaintiffs that are kept in the ordinary course of business (the "Records"). Included in these Records is information related to (1) the Tile sign-up flow in place on June 11, 2021 and July 6, 2023, (2) the Premium subscription purchase flow in place on June 11, 2021, (3) emails sent to Tile's users regarding the Terms of Service updates, and (4) Plaintiffs' history of usage of the Tile app after sign-up.

**Plaintiff Melissa Broad assented to Tile's Terms of Service and agreed that her continued use would bind her to future TOS updates.**

5. Tile's Records show Melissa Broad created a Tile account on June 11, 2021.

6. When Broad signed up for an account in 2021, she entered her email address and selected a password in the dialog box shown below. As pictured, the sign-up flow stated, "By pressing Sign Up, you are indicating that you have read and agree to the Privacy Policy and Terms of Services[,]" displayed as a single, standalone sentence in an uncluttered format with hyperlinks to the relevant contracts distinguishable in underlined type. Broad had to click the blue "Sign Up" button to proceed to create her account. A true and correct screenshot of the version of Tile's sign-up flow that Broad would have interacted with is attached hereto as **Exhibit A** and displayed below:




7. The underlined "Terms of Services" pictured above hyperlinked directly to the Terms of Service in effect as of January 21, 2021 ("January 2021 TOS"). A true and correct copy of the January 2021 TOS is attached hereto as **Exhibit B.** The January 2021 TOS included a mandatory arbitration agreement and class action waiver. The arbitration agreement was demarcated within the January 2021 TOS by the heading, "Dispute Resolution by Binding Arbitration." *See* Section 25, Ex. B at 17. The January 2021 TOS also included a provision explicitly advising the user that her continued use of Tile's apps would constitute binding acceptance of later-revised Terms. *See* Ex. B at 1.

8. Broad also agreed to Tile's January 2021 TOS a second time on June 11, 2021 when she purchased a Premium subscription. As pictured below, the Premium purchase flow stated, "Terms of Service apply." Further down the mobile app screen, the purchase flow stated, "By

signing up for Tile Premium, you agree to the Tile Terms of Service[,]" displayed as a single, standalone sentence in an uncluttered format. In both statements, the underlined "Terms of Service" hyperlinked directly to the January 2021 TOS. Broad had to click the blue "Try FREE Now" button to proceed to purchase the Premium subscription. A true and correct screenshot of the version of Tile's purchase flow that Broad would have interacted with is attached hereto as **Exhibits C** and **D** and displayed below.







9. After Broad's agreement to the January 2021 TOS, Tile updated its Terms on October 26, 2023 ("October 2023 TOS") and March 5, 2024 ("March 2024 TOS"). True and correct copies of the October 2023 TOS and March 2024 TOS are hereto as **Exhibits E** and **F**, respectively.

10. In conjunction with Terms of Service updates, Tile emailed all users at the email address users associated with their account to inform them of forthcoming updates to Tile's Terms.

11. Tile's Records show that on or about October 26, 2023, Tile sent a notice email ("October 2023 Notice"), bearing the heading, "Updated Terms of Service and Privacy Policy," to all Tile users, including Broad. The October 2023 Notice advised users that Tile was updating its Terms, effective November 26, 2023, and by continuing to use any of Life360's apps, "you are agreeing to the new Terms of Service and Privacy Policy." A true and correct image of the October 2023 Notice Email is pictured below and attached as **Exhibit G**:

> ## *Updated Terms of Service and Privacy Policy*
>
> Thanks for choosing Life360, Tile, and Jiobit to protect and stay close to the people, pets and things you love! Tile and Jiobit have joined the Life360 family, and we have consolidated our Terms of Service into a single, comprehensive Terms of Service covering all of our products and services. We have also updated the terms for changes to applicable laws and to clarify some of the terms surrounding particular features such as, limitations for Roadside/Breakdown Assistance and the Tile warranties, updates for Members residing in the United Kingdom.
>
> We have also updated our Privacy Policy to reflect the recently passed EU-US Data Privacy Framework and the UK Extension to the EU-US Data Privacy Framework.
>
> You can find our updated policies here: **Terms of Service** and **Privacy Policy**. If you have any questions about these changes or about your account, please visit **Life360's Help Center** or the **Tile and Jiobit Help Center**, or contact us via email for Life360 **support@life360.com**, for Tile **support@tile.com**, or for Jiobit via **support@jiobit.com**.
>
> This update is effective on November 26, 2023. If you continue to use any of our apps, or access our websites (other than to read the new terms) on or after November 26, 2023, you are agreeing to the new Terms of Service and Privacy Policy.
>
> Thank you,
> The Life360 Team

The blue-font "Terms of Service" here was a direct hyperlink to the full version of the October 2023 TOS containing the arbitration agreement.

12. I have reviewed Tile's Records related to Broad's log-in activity, which confirms that Broad continued to use the Tile app following updates to Tile's Terms. Among other evidence of her continued use, as recently as January 2024, Broad connected a smart home device to one of her Tiles. The Records also show she renewed her Premium subscription in 2022 and 2023, opened the Tile app on January 22, 2024, and last used the Tile app on April 26, 2024.

**<u>Plaintiff Jane Doe assented to Tile's Terms of Service and agreed that her continued use would bind her to future TOS updates.</u>**

13. Tile's Records show Jane Doe created a Tile account on July 6, 2023.[1]

14. When Doe signed up for an account in 2023, she entered her email address and selected a password in the dialog box shown below. As pictured, Doe had to affirmatively click a checkbox immediately next to text stating, "I have read and accept Tile's <u>Terms of Service</u> and understand Tile's <u>Privacy Policy</u> applies[,]" displayed as a single, standalone sentence in an uncluttered format with hyperlinks to the relevant contracts distinguishable in underlined type. She then had to separately click the blue "Sign Up" button to proceed to create her account. A true and correct screenshot of the version of Tile's sign-up flow that Doe would have interacted with is attached hereto as **Exhibit H** and displayed below:




15. The underlined "Terms of Service" pictured above hyperlinked directly to the Terms of Service in effect as of February 16, 2023 ("February 2023 TOS"). A true and correct copy of

[1] Based on the allegations about Jane Doe in the Amended Complaint, including the screenshots of messages she sent to Tile Support, a Tile engineer was able to identify her account in Tile's Records.

the February 2023 TOS is attached hereto as **Exhibit I.** The February 2023 TOS included a mandatory arbitration agreement and class action waiver. The arbitration agreement was demarcated within the February 2023 TOS by the heading, "Dispute Resolution by Binding Arbitration." *See* Ex. I at 21. The February 2023 TOS also included a provision explicitly advising the user that her continued use of Life360's apps would constitute binding acceptance of later-revised Terms. See Ex. I at 1.

16. After Doe's agreement to the February 2023 TOS, Tile updated its Terms on October 26, 2023 and March 5, 2024, as described above. *See* Ex. E (October 2023 TOS) and F (March 2024 TOS).

17. As described above, in connection with those updates, Tile emailed its users, including Doe, apprising them of the updates. *See* Ex. G (October 2023 Notice Email).

18. I have reviewed Tile's Records related to Doe's log-in activity, which confirms that Doe continued to use the Tile app following updates to Tile's Terms. The Records show Doe opened the Tile app four times since late March: March 26, March, 28, March 29, and April 4, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 5, 2024, in New York, New York.
[City] [State]

Steve Klinkner
Steve Klinkner

303452286