# EXHIBIT A
# to the Declaration of
# S. Klinkner

**Email Address**

**Password**

Must include one letter, one number, and be at least 8 characters long

By pressing Sign Up, you are indicating that you have read and agree to the Privacy Policy and Terms of Services

**Sign Up**

I have an account. **Sign In**