# EXHIBIT B
# to the Declaration of
# S. Klinkner

# Terms of Service

**Last Updated: January 21, 2021**

By accessing or using the applications and services owned or operated by Tile, Inc., whether through our software app(s) or website (our "Services"), you are accepting and agreeing to be bound by the terms and conditions set forth below (these "Terms").

We may update these Terms from time to time, so please review them frequently. For Tile customers who accepted a version of this Agreement prior to modification, the revisions will become effective 30 days after posting on tile.com. Your continued use of Tile Services means you accept the changes. Once you accept a version of the Agreement, however, we will not enforce future material changes without your express agreement to them. If you are asked to accept material changes to this Agreement and you decline to do so, you may not be able to continue to use the Tile Services.

Because our Services continue to evolve, we may change or discontinue all or any part of the Services, at any time and without notice, in our sole discretion. **For residents of certain countries, you agree to the arbitration agreement and class action waiver described in Section 23 to resolve disputes with Tile.**

Table of Contents


- License
- Downloading Our App
- Creating an Account
- Payments
- Premium Membership
- Cancellation of a Premium Membership
- Free Trials
- Privacy
- Alerts and Notifications
- Content You Provide
- Enforcement
- General Prohibitions
- Copyright Policy
- Third Party Links
- Ownership
- Updates
- Termination
- Tile Hardware Limited Warranty
- Tile Basic and Premium Protect Warranty Program
- Disclaimer of Warranty for App and Services
- Limitation of Liability
- Exclusions

- General Provisions
- Third Party Trademarks
- Dispute Resolution by Binding Arbitration
- Contacting Us


## 1. License

Subject to your compliance with these Terms, Tile grants you a limited non-exclusive, non-transferable license to download and install a copy of our Windows or mobile software app (the "App") on a single device that you own or control and to run such copy of the App and use our Services solely for your own personal non-commercial purposes. We reserve all rights in and to the App and Services not expressly granted to you under these Terms. You may not: (i) copy, modify or create derivative works based on the App or Services; (ii) distribute, transfer, sublicense, lend or rent the App to any third party; (iii) reverse engineer, decompile or disassemble the App; or (iv) make the functionality of the App or Services available to multiple users through any means.

## 2. Downloading Our App

When you download our App from the Apple App Store, Google Play or other app store or app distribution platform (an "App Store"), you acknowledge and agree that:

- These Terms are concluded between us, and not with the App Store, and that we (not the App Store), are solely responsible for our App.
- The App Store has no obligation to furnish any maintenance and support services with respect to our App or handle any warranty claims.
- The App Store is not responsible for addressing any claims you have relating to our App, including product liability claims, consumer protection claims, intellectual property infringement claims, or any claim that our App fails to conform to any applicable legal or regulatory requirement.
- The App Store is a third party beneficiary of these Terms and has the right to enforce these Terms against you (as it relates to your license of our App through their App Store). You must also comply with the App Store's terms of service when using our App.

## 3. Creating an Account

In order to use certain features of our Services, you must have an account with us. By creating an account, you represent that (a) all required information you provide is truthful and accurate; (b) you are of legal age to agree to these Terms; and (c) your use of our Services does not violate any applicable law or regulation or these Terms. You are responsible for maintaining the confidentiality of your password and for any and all use of your account. You should notify us immediately if you suspect any unauthorized use of your account or access to your password. You may not (a) use the account or username of any other user; (b) allow someone else to use your account or username; or (c) sell, lend, transfer, or otherwise share your account, temporarily or permanently, with someone else. If you violate these Terms, we reserve the right to issue you a warning,

suspend or even terminate your account (along with your ability to access and use the Services).

## 4. Payments

We may allow you to purchase Tile hardware products ("Products") through our Services. We may also require that you purchase a subscription to use certain features of the Services or get certain benefits (a "Premium Membership"). By purchasing Products or a Premium Membership (each, a "Transaction"), you expressly authorize us (or our third-party payment processor) to charge you for such Transaction. We may ask you to provide additional information relevant to your Transaction, including your credit card number, the expiration date of your credit card and your email and postal addresses for billing and notification (such information, "Payment Information"). You represent and warrant that you have the legal right to use all payment methods represented by Payment Information that you provide us. You acknowledge and agree that we have no liability with respect to any act or omission by your payment provider. When you initiate a Transaction, you authorize us to provide your Payment Information to third parties so we can complete your Transaction and to charge your payment method for the type of Transaction you have selected (plus any applicable taxes and other charges). You may need to provide additional information to verify your identity before completing your Transaction (such information is included within the definition of Payment Information).

## 5. Premium Membership

If you purchase a Premium Membership, you will be charged a subscription fee, plus any applicable taxes and other charges (a "Subscription Fee"), at the beginning of your Premium Membership, and at the start of each billing period thereafter, at the then-current Subscription Fee. You may have the option to pay your Subscription Fee on a monthly basis (a "Monthly Subscription"), or on an annual basis (an "Annual Subscription"). If you have a Monthly Subscription, we (or our third-party payment processor) will automatically charge you each month on the anniversary of the commencement of your Monthly Subscription, using the Payment Information you have provided until you cancel your Monthly Subscription. If you have an Annual Subscription, we (or our third-party payment processor) will automatically charge you annually on the anniversary of the commencement of your Annual Subscription, using the Payment Information you have provided until you cancel your Annual Subscription. If you have an Annual Subscription, we will send you a reminder at least thirty (30) days prior to each renewal with the then-current Subscription Fee. We reserve the right to change our Subscription Fees for Monthly and Annual Subscriptions. We will provide you advance notice of any increase in the Subscription Fees applicable to your Premium Membership.

You may change your Monthly Subscription to an Annual Subscription by contacting us via http://support.thetileapp.com, if you signed up on Tile.com, or via the applicable App Store where you downloaded the App, if you signed up through the App. If you change or upgrade your subscription, your billing date may also change. If you change from a

Monthly Subscription to an Annual Subscription, on your next billing date, you will be charged the then-current Subscription Fee for an Annual Membership, and your Annual Subscription will renew on an annual basis. If the option to change from an Annual Subscription to a Monthly Subscription is available, and you change to a Monthly Subscription, at the next renewal date for your Annual Subscription, you will be charged the then-current Subscription Fee for a Monthly Membership, and your Monthly Subscription will renew on a Monthly basis. If you upgrade your subscription from a Tile Premium Subscription to a Tile Premium Protect subscription, you will be refunded a pro rata amount for remaining time (if any) on your existing Tile Premium Subscription and then be charged for the full annual Premium Protect Subscription. Your new Premium Protect Subscription will then automatically renew one year after the date of your upgrade.

**For important information about Tile's Premium Protect Warranty Program, see Section 19 herein.**

## 6. Cancellation of a Premium Membership

YOUR PURCHASE OF A PREMIUM MEMBERSHIP IS FINAL AND YOU WILL NOT BE ABLE TO CANCEL THE PURCHASE AND/OR RECEIVE A REFUND AT ANY TIME. But if something unexpected happens in the course of completing the Transaction for your purchase of a Premium Membership, we reserve the right to cancel your Transaction for any reason; if we cancel your Transaction we'll refund any payment you have already remitted to us for such Transaction.

Without limiting the foregoing, you may cancel your Premium Membership at any time, but please note that such cancellation will be effective at the end of the then-current Monthly or Annual Subscription period. If you signed up on Tile.com, you may cancel your Premium Membership by logging into your account at https://www.thetileapp.com/dashboard/premium and selecting "Cancel Subscription." If you signed up through the App, you may cancel your Premium Membership via the applicable App Store where you downloaded the App. YOU WILL NOT RECEIVE A REFUND OF ANY PORTION OF THE SUBSCRIPTION FEE PAID FOR THE THEN CURRENT SUBSCRIPTION PERIOD AT THE TIME OF CANCELLATION. You will be responsible for all Subscription Fees (plus any applicable taxes and other charges) incurred for the then-current subscription period. If you cancel, your Premium Membership will continue until the end of your then-current subscription period and will then terminate without further charges.

## 7. Free Trials

We may offer you a free trial period at the start of your Premium Membership (a "Free Trial Period"). The Free Trial Period for your Premium Membership will last for the period of time specified when you signed up. When you try our Premium Membership through a Free Trial Period, you must create an account and provide your Payment Information. By accepting a Free Trial Period, you agree that, at the end of the Free Trial

Period, you will be charged the then-current Subscription Fee for a Monthly or Annual Subscription, as specified in the offer for the Free Trial Period, and at the start of each subsequent billing period. You authorize us to charge you using the Payment Information you provided when you accepted the offer for the Free Trial Period. We may validate your Payment Information and the payment method you provided by requesting a temporary authorization to the financial institution that issued your payment method. If we determine that your Payment Information or payment method is invalid, we may revoke your Premium Membership and terminate your Free Trial Period. You may cancel your Premium Membership, as described in these Terms, at any time before the end of the Free Trial Period. You will not be charged a Subscription Fee after you cancel your Premium Membership.

## 8. Privacy And Consent To Use Data

Please refer to our Privacy Policy (https://www.thetileapp.com/privacy-policy) for information on how we collect, use and disclose information from our users.

You agree that Tile may collect and use technical data and related information—including but not limited to technical information about your device, system and application software—that is gathered periodically to facilitate the provision of software updates, product support, and other services to you (if any) related to theTile products and Services. Tile may use this information to improve its products or to provide services or technologies to you.

## 9. Alerts and Notification

As part of the Services we provide, you may (if enabled) receive push notifications, text messages, alerts, emails, or other types of messages directly sent to you outside or inside the App ("Push Messages"). You have control over the Push Messages settings, and can opt in or out of these Push Messages through the Services (with the possible exception of infrequent, important service announcements and administrative messages). Please be aware that third party messaging fees may occur for some of the Push Messages depending on the message plan you have with your wireless carrier.

## 10. Content You Provide

You are responsible for the content, such as any text, images, and other material and information, that you upload or post on or through our Services (your "Content"), and its legality, reliability, and appropriateness. You should only upload or post Content that you create or have the right to use and publish. By uploading or posting your Content you give us the right and license to store, reproduce, modify, create derivative works of, publish, distribute, transfer, transmit, publicly display, publicly perform, and use your Content in connection with providing our Services. You agree that we can also make your Content available to other users of the Services, who may view and/or use your Content, subject to these Terms.

## 11. Enforcement

We have the right (but not the obligation) to review any or all portions of your Content and delete (or modify) any of your Content from our Services for any reason, including if we believe, in our sole judgment, your Content violates these Terms, or that we believe threatens the safety of, or harms any other person, or creates liability for us or any other person. We reserve the right (but have no obligation) to investigate and take appropriate action, including removing your Content from our Services (or modifying it), suspending or terminating your account and/or suspending or terminating the provision of our Services to you, and/or reporting you to law enforcement authorities, if you violate any provision of these Terms. In order to cooperate with governmental requests, subpoenas or court orders, to protect our systems, service providers, partners, and other users, or to ensure the integrity and operation of our business and systems, we may access and disclose any information or content we consider necessary or appropriate, including your account information (i.e. name, e-mail address, etc.), IP address and traffic information, usage history, your Content, and your conduct.

## 12. General Prohibitions

You agree not to do any of the following:

- Use the Services or Content for any commercial purpose or for the benefit of any third party or in any manner not permitted by these Terms;
- Use the Services to track the location of, or collect any personally identifiable information from, any other person without their express permission;
- Intercept or "sniff" the communication packets between the Tile hardware and mobile devices or attempt to reverse engineer the Tile Bluetooth Low Energy profile or Tile protocol;
- Access, tamper with, or use non-public areas of the Services, Tile's computer systems, or the technical delivery systems of Tile's providers;
- Interfere with, or attempt to interfere with, the access of any user, host or network, including, without limitation, sending a virus, overloading, flooding, spamming, or mail-bombing the Services;
- Attempt to access or search the Services or Content or download Content from the Services through the use of any tool, device or mechanism (including spiders, robots, crawlers, data mining tools or the like) other than the software and/or search agents provided by Tile or other generally available third party web browsers;
- Submit or transmit any Content that: (i) infringes, misappropriates or violates a third party's patent, copyright, trademark, trade secret, moral rights or other intellectual property rights, or rights of publicity or privacy; (ii) violates, or encourages any conduct that would violate, any applicable law or regulation or would give rise to civil liability; (iii) is fraudulent, false, misleading or deceptive; (iv) is defamatory, obscene, pornographic, vulgar or offensive; (v) promotes discrimination, bigotry, racism, hatred, harassment or harm against any individual or group; (vi) is violent or threatening or promotes violence or actions that are

threatening to any person or entity; or (vii) promotes illegal or harmful activities or substances;

- Violate any applicable law or regulation, including by stalking , harassing , or tracking others for unlawful or criminal purposes.

Encourage or enable any other individual to do any of the foregoing.

If you or someone using your Tile Account violates these rules and fails to remedy this violation after a warning, Tile may take action against you, including revoking access to certain or all Tile Products and Services or terminating your Tile Account as described in Section 17. In case of severe violations, Tile may take these actions without issuing a prior warning. When practical, Tile will notify you of the action it will take in response to violations of these rules or breach of this Agreement.

## 13. Copyright Policy

It is our policy to remove, or disable access to, material that infringes any copyright on our Services after we have been notified by the copyright owner or the copyright owner's legal agent. If you believe that your work has been copied and posted on through our Services in a way that constitutes copyright infringement, please provide our copyright agent with the following information:

- an electronic or physical signature of the person authorized to act on behalf of the owner of the copyright interest;
- an identification of the copyrighted work that you claim has been infringed;
- a description of where the material that you claim is infringing is located on our Services;
- your address, telephone number, and e-mail address;
- a written statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or law;
- a statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright owner or authorized to act on the copyright owner's behalf.

Notice of claims of copyright infringement should be sent to our Copyright Agent either via email at copyright@thetileapp.com or by mail addressed to Copyright Agent, Tile, Inc., 2121 S. El Camino Real, Suite 900, San Mateo, CA 94403.

## 14. Third Party Links

Our Services may contain links to content or services provided by third parties ("Third Party Links"). These Third Party Links are not under our control, and we are not responsible for their content, services, performance, operation, availability, business practices or policies. We are providing these Third Party Links to you only as a convenience but we do not imply any endorsement or recommendation of their content or services, or of any association of us with such third parties. If you access any of these

Third Party Links, you do this entirely at your own risk and any charges or obligations you incur in your dealings with these third parties, are your responsibility. The websites available through the Third Party Links are subject to their own terms and policies, including privacy and data gathering practices.

## 15. Ownership

You acknowledge that all intellectual property rights in our Products, App and Services, including the underlying software and technology and the information and content available on our Services, are owned by us and our suppliers (including other users), and are protected by law throughout the world. If you provide any suggestions, ideas, feedback, or recommendations to us regarding our Products, App or Services ("Feedback"), we may use this Feedback for any purpose and without any obligation to you. By providing us with Feedback, you give us a worldwide, perpetual, irrevocable, fully-paid and royalty-free license to use and exploit in any manner any and all Feedback.

## 16. Updates

Tile may allow or require you to download updates or patches onto your Tile device or Tile app. Certain updates may be required to continue use of Tile products and services. You consent to Tile automatically installing available updates to Tile products and services. Failure to install available updates may render Tile products and/or services unusable.

## 17. Termination

You can terminate your account at any time by deactivating your account or by providing notice of termination to us. We reserve the right to terminate or suspend your account or your access to any or all portions of the Services at any time, for any reason, including your violation or breach of any provision in these Terms. Upon termination, all rights and licenses granted to you in these Terms immediately end. If your account or access to our Services is terminated or suspended because you violated these Terms, you will not be entitled to any refund of any fees or payments and you will have no further right to access any of the foregoing or your account.

## 18. Tile Hardware Limited Warranty

Tile may offer a warranty for your Product. For information about the warranty that may apply to your Product, and warranties related to a Premium Membership, please visit https://tileteam.zendesk.com/hc/en-us/articles/228014088-Warranty-Refund-and-Renewal-Policy-Other-Regions-U-S-.

TO THE MAXIMUM EXTENT PERMITTED BY LAW, ALL IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE WITH RESPECT TO THE PRODUCTS ARE LIMITED TO THE DURATION OF THE APPLICABLE EXPRESS WARRANTY. ALL OTHER

EXPRESS OR IMPLIED CONDITIONS, REPRESENTATIONS AND WARRANTIES, INCLUDING ANY IMPLIED WARRANTY OF NON-INFRINGEMENT, ARE DISCLAIMED TO THE MAXIMUM EXTENT PERMITTED BY LAW. Some jurisdictions do not allow limitations on how long an implied warranty lasts, so the above limitation may not apply to you. This warranty gives you specific legal rights, and you may also have other rights which vary by jurisdiction and which are not varied by this clause to the extent to do so would breach such applicable law.

## 19. Tile Basic & Premium Protect Warranty Terms & Conditions

In addition to Tile's Hardware Warranty, Tile is pleased to offer a separate Product Warranty program. Tile warrants that if your Tile Product ("Product") is unable to locate and aid in the recovery of your personal item(s) protected with the Product, You may receive a one-time reimbursement for the purchase price of your personal item up to your warranty limit ("Product Warranty").

Important details about the Product Warranty program can be found at https://www.xcover.com/en/pds/tile_warranty/ and are incorporated herein by this reference. **Please review these terms and conditions carefully to make sure You're able to take full advantage of any Product Warranty benefits made available to You.**

A. Types of Product Warranties

   Tile is pleased to partner with Cover Genius Warranty Services LLC ("Cover Genius" - "Tile Product Warranty Partner") to offer you two (2) tiers of Tile Product Warranties:

   1. Basic Product Warranty: This one (1) year Basic Product Warranty comes with every Tile Product You activate on or after September 20, 2020. Upon registration of that Tile Product for Basic Product Warranty protection, and in accordance with these terms and conditions, You can be reimbursed up to twenty-five dollars ($25) if the Tile Product is unable to locate and aid in the recovery of Your Tile protected items for a period of one (1) year from the time of the registration date of the Tile Product(s) and eligible protected item(s) registration.
   2. Premium Protect Product Warranty (Premium Protect): You can choose to purchase a Premium Protect subscription, which comes with up to one thousand dollars ($1,000) of reimbursement if the Tile Product is unable to locate and aid in the recovery of Your Tile protected items, in accordance with the terms and conditions referenced below.

B. Requirements To Obtain Basic And Premium Protect Product Warranty Protection:

   1. Product Warranty Requirements and Details

      Reimbursement via Tile's Basic or Premium Protect Product Warranties is open to residents of the United States only and requires the following:

- Your acceptance of the Tile Basic or Premium Product Warranty, Tile's Terms of Service and Tile's Privacy Policy;
- For Basic Warranty protection, you must initially activate your eligible Tile Product on or after September 20, 2020. For Premium Protect, your Product Warranty will commence upon protected item registration (described below);
- You must register your eligible protected items within the Tile App. For Basic Warranty protection, you must register your Tile Product(s) and eligible protected item(s) within thirty (30) days of initial Tile activation in the Tile app. See important Exclusions, Conditions and Limitations applicable to Basic and Premium Protect Product Warranties below;
- Compliance with Tile's Terms of Service and the provision of truthful and accurate information in connection with Tile registration and throughout the claims process (see Registration Details and How to Make a Claim sections);
- Consent to share relevant information with Tile and Tile's Product Warranty Partner, Cover Genius Warranty Services LLC, solely for purposes of Product Warranty administration and fulfillment.
- Compliance with applicable waiting periods and, if applicable, claim submission within sixty (60) days of Your Tile Product being last seen on the Tile Network (See Waiting Period details below);
- Premium Protect warranty coverage requires that you purchase Tile Premium Protect Subscription.

2. Registration Details

To obtain the benefit of one of the Tile's Product Warranties, you must register your protected items for your applicable Tile Product Warranty within the Tile app. When registering your protected item for your Product Warranty, you will be asked to submit the following information:

- A picture of your registered protected item with your Tile Product attached. The Tile Product protecting your item must be visible in the photo;
- Purchase price of the protected item; and
- Brand and manufacturer (or make/model) of the protected item

All of the foregoing information must be provided in order to be eligible for reimbursement.

The registration information you submit, along with your email address, Tile activation and Product Warranty registration dates, hashed (obfuscated) Tile ID, Tile make and model, Product Warranty tier (Basic or Premium Protect) and last time seen on network will be transferred to Tile's Product Warranty Partner for purposes only of establishing,

administering and fulfilling Your Product Warranty. Please review Cover Genius' privacy policy available at https://www.covergenius.com/privacy-policy for additional details. No item location will be shared and the information will not be sold or used for any purpose other than Product Warranty administration and fulfillment.

C. How to Make A Claim

If the Tile Product is unable to locate and aid in the recovery of your Tile Product protected registered item, Tile will reimburse you for it, in accordance with these terms and conditions.

1. Waiting Periods/Time Limitations

There are a few waiting periods and time limitations you need to be aware of:

- You can begin making Product Warranty claims thirty (30) days after your very first protected item registration with either Tile's Basic or Premium Protect Product Warranty.
- You will need to wait seven (7) days to finalize your claim for reimbursement. This waiting period is meant to give you time to recover the item if possible. If, after the seven (7) day period your Tile hasn't located your item, Tile will send you an email with a link to finalize your claim for reimbursement.
- If your protected item hasn't been seen on the Tile network for at least seven (7) days at the time of claim submission, you can submit your Product Warranty claim straight away so long as you make your Product Warranty claim within sixty (60) days of the last time your protected item was seen on the Tile network. This time limitation is in place to make sure your Tile has an operational battery and proper permissions set to enable the network to work properly. Before claim payment is processed, a historical review of the Tile Product activity prior to the loss date must satisfactorily confirm that the Tile Product was in working order prior to your personal item being marked as lost. There are a few things you can do to make sure your Tile is enabled properly:
    - For Tiles with replaceable batteries, make sure your Tile's battery is changed at least once per year. It's also a good practice to check the Tile app periodically to check for low battery alerts;
    - On iOS, make sure your location permissions for Tile are set to "Always Allow" and that Bluetooth and precise location permissions are also enabled for the Tile app; and

- On Android, make sure your Location Permissions for Tile are set to "Allow all the Time" and that Bluetooth is enabled on your device.

2. Product Warranty Claim Submission

Once any applicable waiting periods/time limitations are complied with and assuming Your Tile hasn't located your eligible protected item, you can make your Product Warranty claim!

Submitting your claim is easy. To make your Product Warranty claim, you will need to provide a few additional details to Tile and/or Tile's Product Warranty Partner (Cover Genius Warranty Services LLC):

- Mailing address;
- Phone number;
- First and last name;
- Payment method for payout; and
- Information reasonably needed to detect and prevent fraud, including proof of protected item value

This information may be transferred among and between Tile and Tile's Product Warranty Partner for purposes of administering Your Product Warranty product. Note that Tile and its Product Warranty Partner may also share customer service tickets amongst themselves to most efficiently administer Your Product Warranty and address your questions. But as before, none of this information will ever be sold or used for any purpose other than Product Warranty administration and fulfillment.

3. Claim Processing and Payment

Once you've successfully provided information required to process your Product Warranty claim, Tile and Tile's Product Warranty Partner will review the information submitted in accordance with these terms and conditions. Once confirmed and absent evidence of fraud, your reimbursement payment (up to your applicable Product Warranty limit) will be issued on average within seven (7) days of claim submission. You can check on the status of your claim at a personal link that will be made available after your claim is initiated or at www.xcover.com.

D. Conditions, Limitations and Exclusions

1. Exclusions

The following personal items are not eligible for reimbursement:

- Illegal items, including illegal drug paraphernalia;
- Prescription and non-prescription drugs and related paraphernalia;

- Controlled substances;
- Alcohol;
- Firearms, explosives;
- Money, currency, monetary instruments, securities and commercial papers;
- Antiques, Jewelry (including Watches), fine art;
- Motor vehicles, ATVs;
- Contents of bags and wallets;
- Living things, including people, plants and pets;
- Drones; and
- Products not retrievable in water over 2 feet in depth;

2. Denial of Claims, Termination

   Tile and its Product Warranty Partner reserve the right to deny Product Warranty claims in their entirety if they find a reasonable likelihood of fraud or abuse, failure to abide by these terms and conditions or Tile's Terms of Service and/or submission of false or misleading information, as determined by Tile and/or its Product Warranty Partner in their sole discretion. Upon a reasonable finding of fraud and/or abuse, submission of false information or failure to comply with these terms and conditions and/or Tile's Terms of Service, Tile and its Product Warranty Partner reserve the right to terminate your Product Warranty in its entirety (Termination for Cause). If your Product Warranty is Terminated for Cause, you will not be entitled to a refund for any monies paid to Tile and/or Tile's authorized sellers.

3. Additional Conditions & Limitations

   The Basic and Premium Protect Product Warranties do not cover:

   - Bodily injury or property damage liability, medical payments, physical damage, for any person, pet or animal;
   - Your obligations, liabilities or claims arising from any dishonest, fraudulent, criminal or illegal act;
   - Any indirect or incidental damages arising from use of its services and/or Your Tile Products;
   - Any and all activity occurring prior to the effective date of Your Product Warranty or after expiration date of Your Product Warranty. For the avoidance of doubt, Your Tile Basic Product Warranty expires one (1) year after protected item registration or once the $25 Warranty reimbursement limit has been paid out. Your Premium Protect Product Warranty expires once Your Premium Protect subscription is terminated and/or when the annual up to $1,000 Product Warranty reimbursement limit has been paid out;

- Claims arising from an unfair sales practice or any similar law governing the relationship between You and the authorized seller of the Tile Product;
- Obligations and liabilities which may arise by virtue of misrepresentations made during the sale by You made during the sale of the Tile Product;
- Any Tiles purchased through an unauthorized reseller. For a list of Tile authorized sellers, go to https://www.thetileapp.com/en-us/store-locator. Similarly, the Premium Protect Product Warranty must be purchased directly from Tile, Inc., the sole authorized seller of the Tile Premium Protect Product Warranty.

In addition, Tile's Product Warranties apply only to the intended use of the Tile Product. The Product Warranties do not apply to damage to the Tile Product or Your protected personal item caused by accident, abuse, misuse, use for any purpose other than its intended purpose, acts of God, or any alteration or modification of the Tile Product. The purpose of the Product Warranty program is to ensure the quality of the manufacture and design of Your Tile Product and Tile's services related to Your Tile Product.

Proof of value and other reasonable information to detect and prevent fraud may be required. Such information, if requested, must be provided to the satisfaction of Tile and/or its Product Warranty Partner in their sole discretion to qualify for reimbursement.

Limit one (1) Product Warranty claim per Tile Product. If, after Your Product Warranty claim is paid, you recover your previously lost protected item, Tile reserves the right to require that You repay the Product Warranty claim amount paid.

Tile may change or discontinue all or part of the Basic or Premium Protect Product Warranty Products at any time and without notice, in their sole discretion. If Tile discontinues the Premium Protect Product Warranty during Your Product Warranty term, Tile will provide a pro-rata refund for Your active subscription. No reimbursements or refunds will be available for discontinuance of the Basic Product Warranty.

As of the date of these terms and conditions, only residents of the United States are eligible for Tile Product Warranties. Tile will be able to extend the benefit of Tile Product Warranties to residents of other countries in the near future. Please see Tile.com for available jurisdictions.

**LEGAL RIGHTS NOTICE**: THIS EXTENDED PRODUCT WARRANTY SETS OUT THE FULL EXTENT OF TILE'S RESPONSIBILITIES, AND THE EXCLUSIVE REMEDY REGARDING THE TILE PRODUCT WARRANTY PRODUCTS. ALL IMPLIED WARRANTIES, INCLUDING WITHOUT LIMITATION, IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, ARE LIMITED TO THE DURATION OF THIS PRODUCT WARRANTY. TILE SHALL NOT BE LIABLE FOR SPECIAL, INDIRECT, INCIDENTAL, PUNITIVE OR CONSEQUENTIAL DAMAGES (INCLUDING, WITHOUT

LIMITATION, DAMAGES FOR LOSS OF BUSINESS PROFITS, BUSINESS INTERRUPTION, EXPENSES ARISING OUT OF THIRD PARTY CLAIMS, INCONVENIENCE, OR ANY OTHER LOSS), WHETHER OR NOT CAUSED BY OR RESULTING FROM BREACH OF CONTRACT, NEGLIGENCE, OR OTHER WRONGFUL ACT OR OMISSION, EVEN IF IT HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. TILE DOES NOT AUTHORIZE ANY PERSON, ENTITY OR FACILITY TO CREATE FOR IT ANY OTHER WARRANTY OBLIGATION OR LIABILITY IN CONNECTION WITH THIS PRODUCT. SOME STATES DO NOT ALLOW LIMITATIONS ON HOW LONG AN IMPLIED WARRANTY LASTS, SO THE ABOVE LIMITATIONS MAY NOT APPLY TO YOU. IN ADDITION, SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATIONS OR EXCLUSIONS MAY NOT APPLY TO YOU. THIS PRODUCT WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS, AND YOU MAY ALSO HAVE OTHER RIGHTS THAT VARY FROM STATE TO STATE.

## 20. Disclaimer of Warranty for App and Services

We will use reasonable efforts to correct any discovered defects in the App or Services. However, to the maximum extent permitted by applicable law, your access to and use of our App and Services is at your own risk. We are not responsible for the content provided by, or the conduct of, any user and you bear the entire risk of using the App and Services and any interactions with other users. Our App and Services are provided on an "AS IS" and "AS AVAILABLE" basis and, to the maximum extent permitted by applicable law, we do not represent, warrant, or guarantee that the App and Services will be provided uninterrupted, error-free, virus-free, or that defects will be corrected. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, WE DISCLAIM ALL WARRANTIES REGARDING THE APP AND SERVICES, WHETHER EXPRESS, IMPLIED, OR STATUTORY, INCLUDING THE WARRANTIES OF TITLE, MERCHANTABILITY, FITNESS FOR ANY PARTICULAR PURPOSE, OR NON-INFRINGEMENT. IMPORTANT: WITHOUT LIMITING THE FOREGOING, THE APP AND THE SERVICES ARE DESIGNED SOLELY TO HELP YOU LOCATE YOUR LOST PERSONAL ITEMS (SUCH AS KEYS, WALLETS, AND BACKPACKS) WITHIN A CLOSE PROXIMITY. THEY ARE NOT DESIGNED NOR DO THEY PROVIDE ANY REAL-TIME TRACKING CAPABILITIES. WE DISCLAIM ANY LIABILITY RESULTING FROM ANY USE OF THE APP AND/OR THE SERVICES FOR ANY PURPOSE OTHER THAN THEIR INTENDED DESIGN. If applicable law requires any warranties with respect to our App or Services, all such warranties are limited in duration to the longer of thirty (30) days from the date of your first use or the minimum duration allowed by law.

## 21. Limitation of Liability

EXCEPT TO THE EXTENT REQUIRED BY LAW, WE WILL NOT BE RESPONSIBLE FOR ANY LOST PROFITS, REVENUES, OR DATA, COST OF SUBSTITUTE GOODS OR SERVICES, OR ANY INDIRECT, SPECIAL,

CONSEQUENTIAL, EXEMPLARY, OR PUNITIVE DAMAGES, HOWEVER CAUSED AND REGARDLESS OF THE THEORY OF LIABILITY, RELATED TO OR ARISING OUT OF THESE TERMS OR YOUR USE OF THE PRODUCTS, APP OR SERVICE, EVEN IF WE HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. TO THE EXTENT PERMITTED BY LAW, OUR TOTAL LIABILITY FOR ANY CLAIM RELATED TO OR ARISING OUT OF THESE TERMS OR YOUR USE OF THE PRODUCTS, APP OR SERVICE, IS LIMITED TO (A) THE AMOUNT YOU HAVE PAID TO TILE FOR THE PRODUCT GIVING RISE TO THE CLAIM, (B) THE AMOUNT YOU HAVE PAID TO TILE FOR YOUR PREMIUM MEMBERSHIP GIVING RISE TO THE CLAIM IN THE 12 MONTHS BEFORE THE CLAIM AROSE, OR (C) FIFTY DOLLARS ($50) IF YOU HAVE NOT HAD ANY PAYMENT OBLIGATIONS TO TILE, AS APPLICABLE.

## 22. Exclusions

Some jurisdictions do not allow the exclusion of certain warranties or the exclusion or limitation of liability for consequential or incidental damages, so the above exclusions or limitations may not apply to you. For instance, certain legislation in Australia provides consumer guarantees or impose obligations on Tile which cannot be excluded, restricted or modified, or only to a limited extent. These Terms of Service are subject to such legislation, including without limitation the Australian Consumer Law, as set out in Schedule 2 of the Competition and Consumer Act 2010.

## 23. General Provisions

These Terms constitute the entire agreement between us with respect to the subject matter and supersede any prior understandings and agreements. These Terms will be governed by and construed in accordance with the laws of the State of California, without regard to or application of conflicts of law rules or principles. The exclusive jurisdiction for all disputes, claims or controversies arising out of or relating to these Terms or the breach, termination, enforcement, interpretation or validity thereof or the use of the Services or Content will be the state and federal courts located in the Northern District of California and you and Tile each waive any objection to jurisdiction and venue in such courts. If any part of these Terms is determined to be invalid or unenforceable by a court of competent jurisdiction, that provision will be enforced to the maximum extent permissible and the remaining provisions of these Terms will remain in full force and effect.

## 24. Third Party Trademarks

Apple and the Apple logo are trademarks of Apple Inc., registered in the U.S. and other countries. App Store is a service mark of Apple Inc. Google Play, the Google Play logo, and Android are trademarks of Google Inc. The Bluetooth® word mark and logos are registered trademarks owned by Bluetooth SIG, Inc. and any use of such marks by Tile, Inc. is under license. All other trademarks and trade names are properties of their respective owners.

## 25. Dispute Resolution by Binding Arbitration

**THIS SECTION APPLIES TO ALL CONSUMERS WHO ACCEPT THE TERMS OF THIS AGREEMENT. IT EXCLUDES RESIDENTS OF QUEBEC, RUSSIA, SWITZERLAND, BRAZIL, MEXICO, THE MEMBER STATES OF THE EEA, AND THE REPUBLIC OF KOREA BRINGING CLAIMS OUTSIDE OF THE UNITED STATES. BY ACCEPTING THE TERMS OF THIS AGREEMENT, YOU AND TILE EXPRESSLY WAIVE THE RIGHT TO A TRIAL BY JURY AND THE RIGHT TO PARTICIPATE IN A CLASS ACTION.**

This Section offers a streamlined way to resolve disputes between us if they arise. Most of your concerns can be resolved quickly and satisfactorily by contacting Tile customer care. If Tile cannot resolve your concern, you and Tile agree to be bound by the procedure in this Section to resolve disputes between us.

This Section is an agreement between you and Tile, and applies to our respective agents, employees, subsidiaries, predecessors, successors, beneficiaries and assigns. This agreement to arbitrate evidences a transaction in interstate commerce, and thus the Federal Arbitration Act governs the interpretation and enforcement of this Section. This Section shall be interpreted broadly and shall survive termination of this Agreement.

### A. Claims Covered by Arbitration

All disputes, claims or controversies arising out of or relating to this Agreement, any Tile product or service and its marketing, or the relationship between you and Tile ("Disputes") shall be determined exclusively by binding arbitration. This includes claims that accrued before you entered into this Agreement. The only Disputes not covered by this Section are claims (i) regarding the infringement, protection or validity of your, Tile’s or Tile’s licensors' trade secrets or copyright, trademark or patent rights; (ii) if you reside in Australia, to enforce a statutory consumer right under Australia consumer law; and (iii) brought in small claims court.

### B. Informal Negotiations

You and Tile shall first attempt to resolve any Dispute informally for at least 30 days before initiating arbitration. The informal negotiations commence upon receipt of written notice from one person to the other ("Notice of Dispute"). The Notice of Dispute must: (a) include the full name and contact information of the complaining party; (b) describe the nature and basis of the claim or dispute; and (c) set forth the specific relief sought. Tile will send its Notice of Dispute to your billing or email address. You will send your Notice of Dispute to: Tile Inc, 2121 El Camino Real Suite 900, San Mateo CA 94403, ATTENTION: Legal Department.

### C. Binding Arbitration

If you and Tile cannot resolve a Dispute informally, you or Tile may elect to have the Dispute finally and exclusively resolved by binding arbitration. Any election to arbitrate by one party shall be final and binding on the other. The arbitration shall be administered by the American Arbitration Association ("AAA") under its Commercial Arbitration Rules and, where appropriate, the AAA's Supplementary Procedures for Consumer Related Disputes ("AAA Consumer Rules"), both of which are available at the AAA website www.adr.org. Your arbitration fees and your share of arbitrator compensation shall be governed by the AAA Rules and, where appropriate, limited by the AAA Consumer Rules. If such costs are determined by the arbitrator to be excessive, or if you send Tile a notice to the Notice of Dispute address above indicating that you are unable to pay the fees required to initiate an arbitration, Tile will pay all arbitration fees and expenses. The arbitration may be conducted in person, through the submission of documents, by phone or online. The arbitrator shall make a decision in writing, and shall provide a statement of reasons if requested by either party. The arbitrator must follow applicable law, and any award may be challenged if the arbitrator fails to do so. You and Tile may litigate in court to compel arbitration, to stay proceedings pending arbitration, or to confirm, modify, vacate or enter judgment on the award entered by the arbitrator.

**D. Limitations**

**YOU AND TILE AGREE THAT EACH MAY BRING CLAIMS AGAINST THE OTHER ONLY IN YOUR OR ITS INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE PROCEEDING.** The arbitrator shall not consolidate another person's claims with your claims, and shall not preside over any type of representative or class proceeding. The arbitrator may award declaratory or injunctive relief only in favor of the individual party seeking relief and only to the extent necessary to provide relief warranted by that party's individual claim. If this specific subsection is found to be unenforceable, then the entirety of this agreement to arbitrate shall be null and void.

**E. Location**

If you live in the United States, arbitration will take place at any reasonable location convenient for you. For residents outside the United States, arbitration shall be initiated in the County of San Mateo, State of California, United States of America, and you and Tile agree to submit to the personal jurisdiction of that court, in order to compel arbitration, to stay proceeding pending arbitration, or to confirm, modify, vacate or enter judgment on the award entered by the arbitrator.

**F. Recovery**

If the arbitrator rules in your favor on the merits of any claim you bring against Tile and issues you an award that is greater in monetary value than Tile's last written settlement offer made before Tile makes its final written submissions to the arbitrator, then Tile will:

A. Pay you 150% of your arbitration award, up to $5,000 USD over and above your arbitration award; and
B. Reimburse the arbitration fees that you paid to the AAA.

**G. Changes to this Arbitration Agreement**

Tile will not enforce material changes to this section in the future unless you expressly agree to them.

## 26. Contacting Us

If you have any questions about these Terms, please contact us at terms@thetileapp.com.