# EXHIBIT C
# to the Declaration of
# S. Klinkner


Go Premium. Get More.
Premium
Premium Protect
Smart Alerts
Free Battery Replacement
30-Day Location History
1000 RON Item Reimbursement
If we can't find it, we reimburse you up to 1000 RON per year.
Best Value ($2.50/mo)
$29.99/yr
$2.99/mo
Terms of Service apply.
Try 1 month for free.
Then $2.99/mo.
Try FREE Now