# EXHIBIT D
# to the Declaration of
# S. Klinkner



**Premium Customer Care**

Exclusive access to a text help line for Premium users only.

By signing up for Tile Premium, you agree to the Tile Terms of Service

Try 1 month for free.
Then $2.99/mo.

Try FREE Now