# EXHIBIT F
# to the Declaration of
# S. Klinkner

# Life360 Terms of Service

Relevant to:

These Terms of Service were last modified on March 5, 2024.

Life360 protects and connects your loved ones, pets, and important items to make your life easier and less stressful.

As you review these Terms of Service, keep in mind that it applies to the websites, mobile apps, Help Center and other associated services ("**Services**") provided by Life360, Inc., a Delaware corporation ("**Life360**" or "**Company**"), and Life360's subsidiaries, Tile and Jiobit (collectively referred to herein with Life360 as "**we**", "**our**", or "**us**"). It also applies to Life360 physical devices (e.g. Tile trackers, Jiobit devices, and partner products that have the Tile-finding technology embedded within them) as well as other products such as Tile Lost and Found Labels (collectively, "**Products**").

These Terms of Service explain what you can expect from us and what we can expect from you in connection with your use of our Services and Products.

By accessing or using the Services (including by downloading any mobile application we may offer from time to time), you signify that you have read, understood, and agree to be bound by these Terms of Service (the "**Agreement**"), whether or not you are a registered user of our Services. This Agreement applies to all visitors and subscribers who access or use the Products or Services (collectively, "**Members**"). Before accessing or using our Products and/or Services, please ensure that you have read the Privacy Policy and understand how we collect, store, use and disclose your personal information as described herein.

PLEASE READ THIS AGREEMENT CAREFULLY TO ENSURE THAT YOU UNDERSTAND EACH PROVISION, AS THIS AGREEMENT CONTAINS IMPORTANT INFORMATION REGARDING YOUR LEGAL RIGHTS, REMEDIES, AND OBLIGATIONS, INCLUDING VARIOUS LIMITATIONS AND EXCLUSIONS ON DAMAGES YOU MAY CLAIM AGAINST US AND INDEMNIFICATION

OBLIGATIONS YOU MAY OWE TO US. **THIS AGREEMENT CONTAINS A MANDATORY ARBITRATION OF DISPUTES PROVISION THAT, EXCEPT WHERE PROHIBITED BY APPLICABLE LAWS, REQUIRES THE USE OF ARBITRATION ON AN INDIVIDUAL BASIS TO RESOLVE DISPUTES, RATHER THAN JURY TRIALS OR CLASS ACTIONS**.

BY ACCESSING OR USING THE SERVICE, YOU INDICATE YOUR CONSENT TO THIS AGREEMENT.

**I. USE OF THE SERVICES**

A. Eligibility

B. Prohibited Uses

C. Right to Access and Use the Services

D. Accounts

E. Downloading Our App

F. Beta Services

**II. SERVICE AVAILABILITY AND OUR RIGHT TO TERMINATE**

**III. MEMBER CONTENT**

**IV. MEMBER CONTENT LICENSE GRANT**

**V. TERMS SPECIFIC TO MOBILE SOFTWARE**

A. Mobile Software

B. Mobile Software from Apple App Store

C. Mobile Software from Google Play Store

**VI. OUR COMMUNICATIONS WITH YOU**

A. Email Communications

B. SMS/Text Messaging

**VII. OUR PROPRIETARY RIGHTS**

**VIII. FEATURES OF THE PRODUCTS AND SERVICES**

**IX. BILLING, PRICING AND PAYMENT TERMS**

A. Billing Policies

B. Pricing and Payment Terms

*1. Subscription Fees; Auto-Renewal*

*2. Free Trial Period*

*3. Payment Methods*

*4. Pricing Changes*

C. Refunds

*1. No Refunds for Life360 Services/Subscriptions*

*2. Jiobit 30-Day Satisfaction Guarantee*

D. Payment Information; Taxes

**X. CANCEL YOUR SUBSCRIPTION OR CLOSE YOUR ACCOUNT**

A. Cancel Your Subscription or Close Your Account

B. Additional Information about Cancelling Your Jiobit Account

C. Cancel Your Subscription During the Cooling-Off Period

**XI. NO PROFESSIONAL ADVICE**

**XII. PRIVACY**

**XIII. SECURITY**

**XIV. THIRD-PARTY LINKS**

**XV. INDEMNITY**

**XVI. NO WARRANTY**

**XVII. LIMITATION OF LIABILITY**

**XVIII. DISPUTE RESOLUTION, ARBITRATION; GOVERNING LAW, VENUE AND JURISDICTION; CLASS ACTION WAIVER**

A. Dispute Resolution; Arbitration

B. Governing Law, Jurisdiction, Venue and Arbitrators

C. Class Action Waiver

**XIX. INFORMATION AND COMPLAINTS**

**XX. GENERAL**

A. Assignment

B. Notification Procedures and Changes to the Agreement

C. Entire Agreement/Severability

D. No Waiver

E. Third Party Trademarks

F. Contact Information

G. Language

**XXI. Previous Terms**

## I. USE OF THE SERVICES

### A. Eligibility

The Products and Services are intended for use by individuals and not by entities or businesses (for example, church groups, schools, corporations or businesses). Accounts and subscriptions for Life360 Services must be owned and operated by an individual who provides their, or their child's, information to Life360 during account registration. You may use the Products and Service only if you can form a binding contract with Life360, and only in compliance with this Agreement and all applicable laws, rules and regulations.

Anyone under thirteen (13) years of age (fourteen (14) years of age in Korea)(a "**child**") is strictly prohibited from creating an account for the Service without explicit parental consent (or other age to the extent that your jurisdiction requires).

By providing consent for a child to use the Service, parents and guardians agree to: (i) be fully responsible for and exercise oversight of the child's use of the Services, including ensuring that such use is always in accordance with this Agreement, all documents referenced in this Agreement, and all applicable laws, (ii) to be fully responsible and liable for the child's compliance with this Agreement and the child's use of the Services; and (iii) to be fully responsible for the disclaimers, waivers and limitations of liability set out in this Agreement on your own behalf and on the child's behalf, and all references to "you" or "your" in (i) through (vi) in section 15 will be deemed amended to include your child or your ward, as applicable. The Service is not available to any Members previously removed from the Service by us.

### B. Prohibited Uses

You agree not to engage in any of the following prohibited activities:

1. copying, distributing, transmitting, disassembling, decompiling, publicly displaying, republishing, licensing, selling or disclosing any part of the Services in any medium, including without limitation by any automated or non-automated "scraping" or by creating any derivative works of the Services;

2. determining or attempting to determine any source code, algorithms, methods, or techniques embodied by the Services or any derivative works thereof, or incorporating the Services or any portion thereof into any other program or product;
3. taking any action that imposes, or may impose at our sole discretion an unreasonable or disproportionately large load on our infrastructure or using any automated system, including without limitation "robots," "spiders," "offline readers," etc., to access the Services in a manner that sends more request messages to Life360 servers than a human can reasonably produce in the same period of time by using a conventional on-line web browser or mobile application;
4. transmitting spam, chain letters, or other unsolicited email and in-app messages;
5. uploading invalid data, viruses, worms, or other software agents through the Services;
6. collecting or harvesting any personally identifiable information, including account names, from the Services;
7. using the Services for any commercial purposes;
8. impersonating another person or otherwise misrepresenting your affiliation with a person or entity, conducting fraud, hiding or attempting to hide your identity;
9. interfering with, or attempting to interfere with, the proper working of the Services or attempting to compromise the system integrity or security or to decipher any transmissions to or from the servers running the Services;
10. accessing any content on the Services through any technology or means other than those provided or authorized by Life360;
11. bypassing the measures we may use to prevent or restrict access to or use of the Services or the content therein, including, but not limited to, attempting to bypass any age gating or parental consent mechanisms or providing false or inaccurate information regarding your age or country and state (as applicable) of residence;
12. encouraging any conduct that restricts or inhibits anyone's use or enjoyment of the Services, or which, as determined by us, may harm us or our Members or expose Life360 or our Members to liability; and
13. violating, or promoting the violation of, this Agreement or any applicable law or regulation, including, without limitation, any laws regarding human trafficking, stalking, credit card fraud, the export of data or software, patent, trademark, trade secret, copyright, or other intellectual property or legal rights (including the rights of publicity and privacy of others).

### C. Right to Access and Use the Services

We grant you a non-exclusive, limited, non-transferable, freely revocable right to access and use the Services on a single device that you own or control for your personal, non-commercial use only and as permitted by the features of the Service. Life360 reserves all rights not expressly granted herein in the Services and the Company Content (as defined below). Life360 may terminate this right at any time if you materially or repeatedly fail to comply with any of the provisions set out in this Agreement or directions provided by our customer support representatives, for any reason outside of our control or if we stop providing the Service.

### D. Accounts

In order to use our Product and Services, you must have an account with us. Accounts that you are able to establish with Life360 may give you access to the functionality of the Products and Services that we may modify from time to time in our sole discretion.

When creating your account, you must provide accurate and complete information. You are solely responsible for the activity that occurs on your account, and you must keep your account password secure. We encourage you to use “strong” passwords (passwords that use a combination of upper and lower case letters, numbers and symbols) with your account. You must notify us immediately of any breach of security or unauthorized use of your account. Unless directly caused by Life360's negligence or breach of this Agreement, Life360 will not be liable for any damages or losses caused by any unauthorized use of your account.

You may control your Member profile and how you interact with the Products and Services by accessing the “Settings” screen in the App and changing settings that are made available to you. For example, from the “Settings” screen you can add and delete Circle members, turn Drive Detection on and off, opt in or out of the sale or sharing of personal information, or sharing a Tile’s location.

### E. Downloading Our App

When you download our App from the Apple App Store, Google Play or other app store or app distribution platform (an "**App Store**"), you acknowledge and agree that:

(i) these Terms are concluded between us, and not with the App Store, and that we (not the App Store), are solely responsible for our App;

(ii) the App Store has no obligation to furnish any maintenance and support services with respect to our App or handle any warranty claims;

(iii) the App Store is not responsible for addressing any claims you have relating to our App, including product liability claims, consumer protection claims, intellectual property infringement claims, or any claim that our App fails to conform to any applicable legal or regulatory requirement; and

(iv) the App Store is a third-party beneficiary of these Terms and has the right to enforce these Terms against you (as it relates to your license of our App through their App Store). You must also comply with the App Store's terms of service when using our App.

### F. Beta Services

From time to time, Life360 may offer Beta Services to you. “**Beta Services**” means the Services, or a specific feature of the Services, that are provided prior to general commercial release and which are designated or presented to you as alpha, beta, experimental, pilot, early access, non-production, or in evaluation. By accepting, downloading or using any Beta Services, you understand and acknowledge that the Beta Services are being provided on an “As Is” or “As Available” basis. The Beta Services may contain bugs, errors, and other problems. IN NO EVENT SHALL THE TOTAL LIABILITY OF LIFE360 OR ITS AFFILIATES, CONTRACTORS, EMPLOYEES, AGENTS, OR THIRD PARTY PARTNERS, LICENSORS, OR

SUPPLIERS TO YOU FOR ALL DAMAGES, LOSSES, AND CAUSES OF ACTION ARISING OUT OF OR RELATING TO THE USE OF BETA SERVICES (WHETHER IN CONTRACT, TORT (INCLUDING NEGLIGENCE), WARRANTY, OR OTHERWISE) EXCEED ONE HUNDRED DOLLARS ($100 USD). Life360 is not obligated to provide any maintenance, technical, or other support for Beta Services, and may discontinue Beta Services at any time at our sole discretion.

**II. SERVICE AVAILABILITY AND OUR RIGHT TO TERMINATE**

We may, without prior notice, change the Services; stop providing the Services or any features of the Services, to you or to Members generally; or create usage limits for the Services, in order to make performance or security improvements, to comply with the law or to prevent illegal activities on or abuse of our Services, or if elements of the Services are no longer able to be provided by us (for example, if an underlying Third Party Service Provider no longer provides them). You can also end your relationship with us at any time if you do not like any of these changes by closing your account (see section X (Cancel Your Subscription or Close Your Account).

We may permanently or temporarily terminate or suspend your access to the Services without notice and liability if in our reasonable opinion (i) you materially or repeatedly violate any provision of this Agreement, (ii) if your account has been inactive for twelve (12) months or more, or (iii) for any reason outside our control or if we stop providing the Services. In most cases, we will provide you with prior notice before we suspend or terminate your access to the Services unless we reasonably believe that to do so would cause Life360 or another person legal liability, would compromise an investigation or the operation of any Life360 products, services, or systems, would cause harm to our Members or would otherwise be in breach of the law or the direction of a legal enforcement authority.

**III. MEMBER CONTENT**

Some areas of the Services allow Members to upload or post content such as profile information, images, text, comments, questions, messages and other content or information (any such content a Member submits, posts, displays, creates, or affirmatively chooses to make available on the Service is “**Member Content**”). Member Content does not include information collected from or about your phone or device. We claim no ownership rights over Member Content created or submitted by you. The Member Content you create remains yours; however, by sharing Member Content through the Services, you agree to the Member Content License Grant below, and to allow others to view, edit, and/or share your Member Content in accordance with your settings and this Agreement. Life360 has the right (but not the obligation) in our sole discretion to remove any Member Content that is shared via the Services.

You are solely responsible for your interactions with other Members. We reserve the right, but have no obligation, to monitor disputes between you and other Members. Life360 shall have no liability for your interactions with other Members, or for any Member’s action or inaction.

You agree not to post or transmit Member Content that:

1. may create a risk of harm, damage or loss of any kind to any person or property;

2. seeks to harm or exploit children by exposing them to inappropriate content, asking for personally identifiable details or otherwise;
3. may constitute or contribute to a crime or tort or which contains any information or content that is illegal (including, without limitation, the disclosure of insider information under securities law or of another party's trade secrets);
4. contains any information or content that we deem to be unlawful, harmful, abusive, racially or ethnically offensive, defamatory, infringing, invasive of personal privacy or publicity rights, harassing, humiliating to other people (publicly or otherwise), libelous, threatening, profane, or otherwise objectionable;
5. contains any information or content that you do not have a right to make available under any law or under contractual or fiduciary relationships;
6. contains any information or content that you know is not correct and current;
7. violates any school or other applicable policy, including those related to cheating or ethics;
8. interferes with other Members or users of the Services including, without limitation, disrupting the normal flow of dialogue in an interactive area of the Services and deleting or revising any content posted by another person or entity; or
9. except where expressly permitted, post or transmit charity requests, petitions for signatures, or other business opportunities (including offers of employment or contracting arrangements), club memberships, or chain letters, any advertising or promotional materials or any other solicitation of other Members to use goods or services except in those areas (for example, a classified bulletin board) that are designated for such purpose.

You agree, represent and warrant that any Member Content that you upload or post does not and will not violate third-party rights of any kind, including without limitation any Intellectual Property Rights (as defined below) or rights of privacy. Life360 reserves the right, but is not obligated, to investigate and take appropriate action, including rejecting and/or removing any Member Content, suspending or terminating your account and/or suspending or terminating the provision of our Services to you, and/or reporting you to law enforcement authorities, if you violate any provision of these Terms of Service. In order to cooperate with governmental requests, subpoenas or court orders, to protect our systems, service providers, partners, and other Members, or to ensure the integrity and operation of our business and systems, we may access and disclose any information or content we consider necessary or appropriate, including your account information (i.e. name, e-mail address, etc.), IP address and traffic information, usage history, your Member Content, and your conduct.

For the purposes of this Agreement, "**Intellectual Property Rights**" means all patent rights, copyright rights, mask work rights, moral rights, rights of publicity, trademark, trade dress and service mark rights, goodwill, trade secret rights and other intellectual property rights as may now exist or hereafter come into existence, and all applications therefore and registrations, renewals and extensions thereof, under the laws of any state, province, country, territory or other jurisdiction.

In connection with your Member Content, you affirm, represent and warrant the following:

1. You have the consent of each and every individual in the Member Content to use such person's name or likeness in the manner contemplated by the Services and this

Agreement, and each such person has released you from any liability that may arise in relation to such use.

2. Your Member Content and Life360's use thereof as contemplated by this Agreement and the Service will not violate any law or infringe any rights of any third party, including but not limited to any Intellectual Property Rights and privacy rights. While we reserve the right (but not the obligation) to remove any Member Content that appears on our Services, Life360 takes no responsibility and assumes no liability for any Member Content that you or any other Member or third party posts or sends over the Services. You shall be solely responsible for your Member Content and the consequences of posting or publishing it. Company cannot guarantee that all Member Content complies with the provisions of this Agreement and therefore you understand that you may be exposed to Member Content that is inaccurate, objectionable, inappropriate for children, or otherwise unsuited to your purpose, and you agree that Life360 shall not be liable for any damages you allege to incur as a result of Member Content.

## IV. MEMBER CONTENT LICENSE GRANT

By posting any Member Content on the Services, you expressly grant, and you represent and warrant that you have all rights necessary to grant, to Life360 a royalty-free, sublicensable, transferable, perpetual, irrevocable, non-exclusive, worldwide license to use, reproduce, modify, publish, list information regarding, edit, translate, distribute, syndicate, publicly perform, publicly display, and make derivative works of all such Member Content and your name, voice, and/or likeness as contained in your Member Content, in whole or in part, and in any form, media or technology, whether now known or hereafter developed, for use in connection with operating, developing, marketing, providing and improving the Products or Services.

## V. TERMS SPECIFIC TO MOBILE SOFTWARE

### A. Mobile Software

As part of the Products and Services, we make available software and/or applications designed for mobile devices ("**Mobile Software**"). To use the Mobile Software you must have a mobile device that is compatible with the Mobile Software. Life360 does not warrant that the Mobile Software will be compatible with your mobile device. For each of the Life360, Tile or Jiobit Services that you may use, Life360 hereby grants you a non-exclusive, non-transferable, revocable right to use a compiled code copy of the Mobile Software for one account owned solely by you, for your personal use. Without limiting the general prohibitions on your actions found in the "Prohibited Uses" above, which also apply to the Mobile Software, you may not:

1. modify, disassemble, decompile or reverse engineer the Mobile Software, except to the extent that such restriction is expressly prohibited by law;
2. rent, lease, loan, resell, sublicense, distribute or otherwise transfer the Mobile Software to any third party or use the Mobile Software to provide time sharing or similar services for any third party;
3. make any copies of the Mobile Software;

4. remove, circumvent, disable, damage or otherwise interfere with security-related features of the Mobile Software, features that prevent or restrict use or copying of any content accessible through the Mobile Software, or features that enforce limitations on use of the Mobile Software; or
5. delete the copyright and other proprietary rights notices on the Mobile Software.

You acknowledge that Life360 may from time to time issue upgraded versions of the Mobile Software, and (where permitted) may automatically electronically upgrade the version of the Mobile Software that you are using on your mobile device. You consent to such automatic upgrading on your mobile device, and agree that the terms and conditions of this Agreement will apply to all such upgrades. Any third-party code that may be incorporated in the Mobile Software is covered by the applicable open source or third-party license EULAs, if any, authorizing use of such code. The foregoing right to use is not a sale of the Mobile Software or any copy thereof, and Life360 or our third party partners or suppliers retain all right, title, and interest in the Mobile Software (and any copy thereof). Any attempt by you to transfer any of the rights, duties or obligations hereunder, except as expressly provided for in this Agreement, is void. Life360 reserves all rights not expressly granted under this Agreement.

If the Mobile Software is being acquired on behalf of the United States Government, then the following provision applies. Use, duplication, or disclosure of the Mobile Software by the U.S. Government is subject to restrictions set forth in this Agreement and as provided in DFARS 227.7202-1(a) and 227.7202-3(a) (1995), DFARS 252.227-7013(c)(1)(ii) (OCT 1988), FAR 12.212(a) (1995), FAR 52.227-19, or FAR 52.227-14 (ALT III), as applicable. The Mobile Software originates in the United States, and is subject to United States export laws and regulations. The Mobile Software may not be exported or re-exported to certain countries or those persons or entities prohibited from receiving exports from the United States. In addition, the Mobile Software may be subject to the import and export laws of other countries. You agree to comply with all United States and foreign laws related to use of the Mobile Software and the Services, including the laws in your jurisdiction of residence.

### B. Mobile Software from Apple App Store

The following applies to any Mobile Software you acquire from the Apple App Store ("**Apple-Sourced Software**"): You acknowledge and agree that this Agreement is solely between you and Company, not Apple, Inc. ("**Apple**") and that Apple has no responsibility for the Apple-Sourced Software or content thereof. Your use of the Apple-Sourced Software must comply with the then-current App Store Terms of Service. You acknowledge that Apple has no obligation whatsoever to furnish any maintenance and support services with respect to the Apple-Sourced Software. In the event of any failure of the Apple-Sourced Software to conform to any applicable warranty, you may notify Apple, and Apple will refund the purchase price for the Apple-Sourced Software to you; to the maximum extent permitted by applicable law, Apple will have no other warranty obligation whatsoever with respect to the Apple-Sourced Software, and any other claims, losses, liabilities, damages, costs or expenses attributable to any failure to conform to any warranty will be solely governed by this Agreement and any law applicable to Company as provider of the software.

You acknowledge that Apple is not responsible for addressing any claims of you or any third party relating to the Apple-Sourced Software or your possession and/or use of the Apple-Sourced Software, including, but not limited to: (i) product liability claims; (ii) any claim that the Apple-Sourced Software fails to conform to any applicable legal or regulatory requirement; and (iii) claims arising under consumer protection or similar legislation; and all such claims are governed solely by this Agreement and any law applicable to Company as provider of the software. You acknowledge that, in the event of any third-party claim that the Apple-Sourced Software or your possession and use of that Apple-Sourced Software infringes that third party's intellectual property rights, Company, not Apple, will be solely responsible for the investigation, defense, settlement and discharge of any such intellectual property infringement claim to the extent required by this Agreement. You and Company acknowledge and agree that Apple, and Apple's subsidiaries, are third-party beneficiaries of this Agreement as relates to your license of the Apple-Sourced Software, and that, upon your acceptance of the terms and conditions of this Agreement, Apple will have the right (and will be deemed to have accepted the right) to enforce this Agreement as relates to your license of the Apple-Sourced Software against you as a third-party beneficiary thereof.

### C. Mobile Software from Google Play Store

The following applies to any Mobile Software you acquire from the Google Play Store ("**Google-Sourced Software**"): (i) you acknowledge that the Agreement is between you and Company only, and not with Google, Inc. ("**Google**"); (ii) your use of Google-Sourced Software must comply with Google's then-current Google Play Store Terms of Service; (iii) Google is only a provider of the Google Play Store where you obtained the Google-Sourced Software; (iv) Company, and not Google, is solely responsible for its Google-Sourced Software; (v) Google has no obligation or liability to you with respect to Google-Sourced Software or the Agreement; and (vi) you acknowledge and agree that Google is a third-party beneficiary to the Agreement as it relates to Company's Google-Sourced Software.

## VI. OUR COMMUNICATIONS WITH YOU

### A. Email Communications

By providing Life360 your email address you consent to our use of your email address to send you Service-related notices, including any notices required by law, in lieu of communication by postal mail. We may also use your email address to send you other messages, such as changes to features of the Products or Services and, where permitted, special offers. If you do not want to receive promotional email messages, you may opt out by unsubscribing from such email communications from Life360. Members whose residency is in jurisdictions requiring opt-in consent for such communications will be provided with an opportunity to provide such opt-in consent prior to receiving any non-Product or Service related messaging.

### B. SMS/Text Messaging

We may offer you the option to receive recurring SMS/text messages, such as messages from members of your family or friendship group who you invite to a Life360 Circle (your "**Circle**")

or alerts related to a monitoring feature of the Service (the "**Text Messaging Program**"). We may also send SMS/text messages in the event of an emergency, such as detection of a significant motor vehicle collision involving a member of your Circle, or if you are listed as a Member's emergency contact. By consenting to the Text Messaging Program, you agree to receive SMS/text messages to the mobile phone number you provided to us. You certify that the mobile number you provided is true and accurate and that you are authorized to enroll the designated mobile number to receive such text messages. You acknowledge and agree that the text messages may be sent using an automatic telephone dialing system, that standard message and data rates apply, and the frequency of messages may vary. The Text Messaging Program may not be available on all carriers or compatible with all mobile phone models and carriers are not liable for any delayed or undelivered messages. Also, the availability of the Text Messaging Program may be impacted or restricted by the local laws, regulations or rules where you reside. We are not responsible for any delays upon sending or receiving text messages and can change the Text Messaging Program at any time. For help with text messages, reply "HELP" to any text message you receive through the Text Messaging Program. To unsubscribe from text messages at any time, reply "STOP" to any text message you receive through the Text Messaging Program. You consent that following such a request to unsubscribe to SMS/text message communications, you may receive one final text message confirming your request. You can also unsubscribe (or, after unsubscribing, resubscribe), or obtain help by emailing us at support@life360.com. Please keep in mind that if you opt-out of receiving text message alerts, we may not be able to contact you with important messages regarding the Service or your Circle members. However, if there is an emergency or account question, we will attempt to contact you in other ways, such as by push notification or email.

## VII. OUR PROPRIETARY RIGHTS

Except for your Member Content, the Products and Services and all materials, services, and information therein or transferred thereby, including, without limitation, information, software, images, text, graphics, illustrations, logos, patents, trademarks, service marks, copyrights, photographs, audio, videos, music, content, reports, features, functionality, design, presentation, analyses and data that is otherwise generated, collected or transmitted through the Services or Mobile Software, and the "look and feel" of the Services (the "**Company Content**"), and all Intellectual Property Rights related thereto, are the exclusive property of Life360 and our licensors (including other Members who post Member Content to the Services). Except as explicitly provided herein, nothing in this Agreement shall be deemed to create a license in or under any such Intellectual Property Rights, and you agree not to sell, license, rent, modify, distribute, copy, reproduce, transmit, publicly display, publicly perform, publish, adapt, edit or create derivative works from any Company Content. Use of the Company Content for any purpose not expressly permitted by this Agreement is strictly prohibited.

You may choose to, or we may invite you to, submit comments or ideas about the Service, including without limitation about how to improve the Service or our products ("**Ideas**"). By submitting any Idea, you agree that your disclosure is gratuitous, unsolicited and without restriction and will not place Life360 under any obligation, and that we are free to use the Idea for any purpose without any compensation to you, and/or to disclose the Idea on a non-confidential basis or otherwise to anyone. You further acknowledge that, by

acceptance of your submission, Life360 does not waive any rights to use similar or related ideas previously known to Life360, or developed by our employees, or obtained from sources other than you. Life360 has no obligation to review, consider or implement any Idea. You agree, represent, and warrant that any Idea that you submit does not and will not violate third-party rights of any kind, including without limitation any Intellectual Property Rights or rights of privacy.

## VIII. FEATURES OF THE PRODUCTS AND SERVICES

The Services include a number of features which may or may not be available to you depending on where you are located, which Services, devices or features you elect and, where required, pay or subscribe to use. Some of the Service features require Mobile Software to be installed on the devices that the features apply to. Not all Service features may be available in your country. Please see the Product and Service Terms for more information regarding the features of the Products and Services and their limitations.

Life360 Services are NOT A REPLACEMENT FOR EMERGENCY SERVICES (911 OR 999/112 IN THE UK/EU). In the event of a critical emergency, always dial 911 (999/112 in the UK/EU or the emergency services number for the country of which you are currently located) immediately.

## IX. BILLING, PRICING AND PAYMENT TERMS

This section contains additional policies and information about Life360's billing policies, and pricing and payment terms.

### A. Billing Policies

If you elect to use Subscription Features, you agree to the pricing and payment terms displayed at the time you elect to subscribe. Life360 may add new features for additional fees and charges, or amend fees and charges for existing services, at any time in our sole discretion. Any change to our pricing or payment terms shall only apply to you and become effective in the billing cycle following at least 30 days' notice of such change to you.

Life360 is not responsible for all the mobile data usage resulting from the use of the Services. Consult your provider with questions related to billing, as data rate charges and limits may apply.

### B. Pricing and Payment Terms

#### *1. Subscription Fees; Auto-Renewal*

All subscription fees plus any applicable taxes and other charges (the "**Subscription Fee**") are payable in advance, at the beginning of your subscription term, and at the start of each billing period thereafter, at the then-current Subscription Fee.

You may have the option to pay your Subscription Fee on a monthly basis (a "**Monthly Subscription**"), or on an annual basis (an "**Annual Subscription**"). Your subscription with us will automatically renew until you cancel it. If you have a Monthly Subscription, we (or our

third-party payment processor) will automatically charge you each month on the anniversary of the commencement of your Monthly Subscription, using the payment information you have provided until you cancel your Monthly Subscription. If you have an Annual Subscription, we (or our third-party payment processor) will automatically charge you annually on the anniversary of the commencement of your Annual Subscription, using the payment information you have provided until you cancel your Annual Subscription. If you have an Annual Subscription, we will send you a reminder at least thirty (30) days prior to each renewal with the then-current Subscription Fee. We may send additional reminders for other subscriptions as required. We reserve the right to change our Subscription Fees for Monthly and Annual Subscriptions. We will provide you advance notice of any increase in the Subscription Fees applicable to your subscription.

If you change or upgrade your subscription, your billing date may also change. If you change from a Monthly Subscription to an Annual Subscription, on your next billing date, you will be charged the then-current Subscription Fee for an Annual Membership, and your Annual Subscription will renew on an annual basis. If the option to change from an Annual Subscription to a Monthly Subscription is available, and you change to a Monthly Subscription, at the next renewal date for your Annual Subscription, you will be charged the then-current Subscription Fee for a Monthly Membership, and your Monthly Subscription will renew on a Monthly basis.

If you purchase a Life360 subscription, then you are able to apply the features associated with that subscription to one Circle on your Life360 account and those features will be available for all of the Circle members in the Circle that you apply the subscription to, up to a maximum of six members per Circle (some limitations may apply, please see the Product and Service Terms for more information). Only one Circle member needs to purchase and apply their subscription to a Circle. Life360 is not responsible if members purchase multiple subscriptions and apply them to the same Circle.

## *2. Free Trial Period*

After initial registration of a paid membership subscription, you may be given an initial free trial period ("**Free Trial Period**"). Certain features may not be available during the Free Trial Period, at Life360's sole discretion (for example, Towing is not available during a Free Trial Period for Life360 paid subscriptions). You may cancel your account at any time during the Free Trial Period to avoid any additional charges. If you want to change your account type, you may do so at any time (either before or after the Free Trial Period ends). You are limited to one trial per person (credit card or other unique payment or identification method) during any twelve (12)-month period. If you do not cancel your account during the Free Trial Period, then at the end of the Free Trial Period you will be automatically charged for the price of the account type you selected during registration and you will continue to be charged unless and until you cancel your subscription. You may cancel a subscription at any time, within the app as follows:

- For the Life360 app, go to Settings, Account, Delete Account.
- For the Tile app, go to Settings, Manage Account, Delete Account.
- For the Jiobit app, go to Menu, Account, Cancel Membership.

Note that if you purchased a subscription through the Apple App Store or Google Play Store, then you also need to ensure you cancel your recurring payments within those app stores.

By accepting a Free Trial Period, you agree that, at the end of the Free Trial Period, you will be charged the then-current Subscription Fee for a Monthly or Annual Subscription, as specified in the offer for the Free Trial Period, and at the start of each subsequent billing period. You authorize us to charge you using the Payment Information you provided when you accepted the offer for the Free Trial Period. We may validate your Payment Information and the payment method you provided by requesting a temporary authorization to the financial institution that issued your payment method. If we determine that your Payment Information or payment method is invalid, we may revoke your subscription and terminate your Free Trial Period.

Certain features may not be available during the Free Trial Period, at Life360's sole discretion. Depending on the subscription tier (Silver, Gold or Platinum) the following features are available to our Members after the conclusion of the Free Trial:

- Roadside/Breakdown Assistance
- Identity Theft Protection and Stolen Funds Reimbursement
- Credit monitoring
- Disaster Response and Security Assistance Services
- Medical Assistance Services
- Emergency (Commercial) Travel support
- Travel Assistance Services
- Emergency Travel Triage Services
- Stolen Phone Protection

## *3. Payment Methods*

Life360 accepts most major credit and debit cards. Life360 also accepts in-app payments such as from third parties like Apple or Google. In the event that Life360 is unable to charge the card you have provided (e.g., expired credit card), Life360 will send you a notice to update your card information. You will have a seven (7)-day grace period to update your billing information. If the account is not updated within the seven (7)-day grace period, Life360 may terminate your subscription.

By purchasing Products or a subscription (each, a "**Transaction**"), you expressly authorize us (or our third-party payment processor) to charge you for such Transaction. We may ask you to provide additional information relevant to your Transaction, including your credit card number, the expiration date of your credit card and your email and postal addresses for billing and notification (such information, "**Payment Information**"). You represent and warrant that you have the legal right to use all payment methods represented by Payment Information that you provide us. You acknowledge and agree that we have no liability with respect to any act or omission by your payment provider. When you initiate a Transaction, you authorize us to provide your Payment Information to third parties so we can complete your Transaction and to charge your payment method for the type of Transaction you have selected (plus any applicable taxes and other charges). You may need to provide additional information to verify your identity before completing your Transaction (such information is included within the definition of Payment Information).

Life360 is not responsible for any charges or expenses you incur resulting from charges billed by Life360 in accordance with this Agreement (for example, overdrawn accounts, or exceeding credit card limits). By providing a credit card number or other payment method with advance authorization features (e.g., some PayPal accounts, or in-app payments such as from third parties like Apple or Google), you authorize Life360 to continue charging the payment method for all charges due Life360, including taxes, until your account is settled and your subscription is terminated by either you or Life360. Life360 reserves the right to limit the number of accounts that may be charged to a credit card or other payment or identification method per unique user.

### *4. Pricing Changes*

Prices for subscriptions may change from time to time to reflect inflation or changing business requirements. If they do, and you currently have a subscription, Life360 will provide you with advance notice of the change via email (or if you have not provided a valid email address, through the Services or in another available manner) before the price change is to take effect. If you do not want to continue at the new price, you can cancel the relevant subscription before the price increase takes effect by following the instructions in Section X (Cancel Your Subscription or Close Your Account), below.

**C. Refunds**

### *1. No Refunds for Life360 Services/Subscriptions*

You may cancel your account at any time in accordance with Section X (Cancel Your Subscription or Close Your Account); however, except as set out in Section X(B) below (Cancel Your Subscription During the Cooling-Off Period) or where prohibited by applicable law, there are no refunds for any unused time on a subscription, any license or subscription fees for any portion of the Service, any content or data associated with your account, or for anything else. Upon canceling any features, your subscription will be valid and you will retain access to the features until the start of your then-current paid period is completed. For example, if you purchase an annual subscription and cancel it two months into the year, you will not receive a refund for the remaining portion of the year, but will instead enjoy the features for the remaining ten months that you have already paid for.

### *2. Jiobit 30-Day Satisfaction Guarantee*

If you are not 100% satisfied with your purchase of a Jiobit device, you have 30 calendar days from the date of delivery to request a full refund (this “satisfaction guarantee” applies ONLY to purchases made directly on our website, jiobit.com; 3rd party websites like Amazon.com or in physical retail stores are not covered).

To qualify for a refund, all of the conditions under Section VIII(B)(4)(ii) (Jiobit Returns and Refunds) of the Product and Service Terms must be met.

**D. Payment Information; Taxes**

All information that you provide in connection with a purchase or Transaction or other monetary transaction interaction with the Service must be accurate, complete, and current. You agree to pay all charges incurred by users of your credit card, debit card, or other payment method used in connection with a purchase or Transaction or other monetary transaction interaction with the Service at the prices in effect when such charges are incurred. You will pay any applicable taxes, if any, relating to any such purchases, Transactions or other monetary transaction interactions.

## X. CANCEL YOUR SUBSCRIPTION OR CLOSE YOUR ACCOUNT

### A. Cancel Your Subscription or Close Your Account

You may cancel your Subscription or close your account at any time.

For the Life360 app, go to Settings, Account, Delete Account. For the Tile app, go to Settings, Manage Account, Delete Account. For the Jiobit app, go to Menu, Account, Cancel Membership. **Note that if you purchased a subscription through the Apple App Store or Google Play Store, then you also need to ensure you cancel your recurring payments within those app stores to avoid future charges.**

To cancel your Subscription or close your account, visit Life360's Help Center, or Tiles and Jiobit's Help Center, or contact us via email support@life360.com. If you send an email, include your name, the email address you registered with, and a phone number where you can be reached. In general, it may take up to five (5) business days to process a cancellation request so we would recommend notifying us at least one week before the end of the current billing period. Your cancellation will take effect at the end of that billing period.

### B. Additional Information about Canceling Your Jiobit Account

To avoid being charged for an additional Jiobit subscription term, you must cancel at least three (3) days prior to the end of your contract date. Jiobit device orders placed on Jiobit.com, may be canceled prior to the Jiobit device being processed for shipment.

- Customers on a contract plan will be subject to an early termination fee of 25% of the remaining contract amount when canceling before the contract end date.
- Order cancellation requests are only eligible for an immediate refund when requested prior to the Jiobit device being processed for shipment, requiring cancellation confirmation by Jio prior processing.
- **Monthly Plan:** Customers who signed up for a month to month (no contract) plan may cancel service at any time. Cancellation requests will be the following billing cycle. Previously paid billing cycles are non-refundable.
- **6-Month Plan**: Customers on the 6-month contract plan may cancel their subscription after contract completion. Once the initial contract is completed, the account transitions to a month-to-month (no-contract) plan. If a customer cancels before fulfilling the 6-month contract, an early termination fee of 25% of the remaining contract cost will be incurred.

- **Annual Plan:** Customers on the annual contract plan may cancel their subscription after contract completion. Once the initial contract is completed, the account transitions to a month-to-month (no-contract) plan. If a customer cancels before fulfilling the 12-month contract, an early termination fee of 25% of the remaining contract cost will be incurred.
- **1-Year Prepaid Plan:** Customer's on the prepaid annual plan may cancel their subscription at any time, however, Life360 does not offer any refunds, pro-rata or otherwise, for prepaid Jiobit plans.
- **2-Year Plan**: Customers on the 2-year contract plan may cancel their subscription after contract completion. Once the initial contract is completed, the account transitions to a month-to-month (no-contract) plan. If a customer cancels before fulfilling the 24-month contract, an early termination fee of 25% of the remaining contract cost will be incurred.
- **Pay As You Go:** Customers on the Pay As You Go plan may cancel their subscription at any time.
- **Subscription Cancellation:** Upon cancellation of your subscription to the Service, your access to the Service will be terminated and the SIM card deactivated. To reactivate the SIM card and reestablish an account you must contact Customer Care via Tiles and Jiobit's Help Center, and a $35 reactivation fee may apply.

### C. Cancel Your Subscription During the Cooling-Off Period

*If you are a consumer based in the European Union, European Economic Area, or United Kingdom,* you have an automatic legal right to withdraw from contracts for purchases of paid subscriptions within fourteen (14) days from the date of purchase. For more information about your right to withdraw from this Agreement (and how to exercise this right) please see our support article entitled "EU/EEA/UK Consumer Right of Withdrawal Information".

## XI. NO PROFESSIONAL ADVICE

If the Services provides professional information (for example, medical or legal advice from Life360's Third Party Service Providers), such information is for informational purposes only and should not be construed as professional advice. No action should be taken based upon any information contained in the Service. You should seek independent professional advice from a person who is licensed and/or qualified in the applicable area.

## XII. PRIVACY

We care about the privacy of our Members. Please see our Privacy Policy for information about how we collect, use and disclose information about you, including device data, location, sensory and motion data. You consent to the collections, uses and disclosures of your personal information for the purposes described in our Privacy Policy.

## XIII. SECURITY

Life360 cares about the integrity and security of your personal information. However, we cannot guarantee that unauthorized third parties will never be able to defeat our security measures or use your personal information for improper purposes. You acknowledge that you provide your personal information at your own risk.

**XIV. THIRD-PARTY LINKS**

The Services may contain links to third-party websites, advertisers, services, special offers, or other events or activities that are not owned or controlled by Life360. If you use any such links, you will leave the Service. Life360 does not endorse or assume any responsibility for any such third-party sites, information, materials, products, or services. If you access a third party website from the Service, you do so at your own risk, and you understand that this Agreement and Life360's Privacy Policy do not apply to your use of such sites. You expressly relieve Life360 from any and all liability arising from your use of any third-party website, service, or content. Additionally, your dealings with or participation in promotions of advertisers found on the Services, including payment and delivery of goods, and any other terms (such as warranties) are solely between you and such advertisers. You agree that Life360 shall not be responsible for any loss or damage of any sort relating to your dealings with such advertisers.

**XV. INDEMNITY**

This section does not apply to consumers who are resident in the UK, EU, EEA or any other jurisdiction where this indemnity is not allowable under applicable law. To the extent permitted by applicable law, you agree to defend, indemnify and hold harmless Life360 and our subsidiaries, agents/mandataries, licensors, managers, and other affiliated companies, and their employees, contractors, agents/mandataries, officers and directors, from and against any and all claims, damages, obligations, losses, liabilities, costs or debt, and expenses (including but not limited to legal fees) arising from: (i) your use of and access to the Service, including any data or content transmitted or received by you; (ii) your violation of any term of this Agreement, including without limitation your breach of any of the representations and warranties herein; (iii) your violation of any third-party right, including without limitation any right of privacy or Intellectual Property Rights; (iv) your violation of any applicable law, rule or regulation; (v) any claim or damages that arise as a result of any of your Member Content, or any Member Content or other information that is submitted via your account, including any Ideas; or (vi) any other party's access and use of the Service with your unique username, password or other appropriate security code.

**XVI. NO WARRANTY**

**If the law of the country where you live does not allow for the disclaimer of certain warranties provided in this Section, those disclaimers shall not apply to you to the extent prohibited.**

THE SERVICES ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS. USE OF THE SERVICES IS AT YOUR OWN RISK. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THE SERVICES ARE PROVIDED WITHOUT WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, PRIVACY, SECURITY, ACCURACY, TIMELINESS, QUALITY, OR NON-INFRINGEMENT. NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED BY YOU FROM LIFE360 OR THROUGH THE SERVICES WILL CREATE ANY WARRANTY NOT EXPRESSLY STATED HEREIN. WITHOUT LIMITING THE FOREGOING, LIFE360, OUR SUBSIDIARIES, AFFILIATES, AND LICENSORS DO NOT WARRANT

THAT: (I) THE SERVICES OR RESULTS THAT ARE OBTAINED FROM USE OF THE SERVICES (FOR EXAMPLE, DATA, INFORMATION, LOCATION, CRASH DETECTION OR REPORTING, EMERGENCY ASSISTANCE) WILL BE ACCURATE, RELIABLE, ERROR-FREE OR CORRECT; (II) THE SERVICES OR RESULTS THAT ARE OBTAINED FROM USE OF THE SERVICES WILL MEET YOUR REQUIREMENTS; (III) THE SERVICES WILL BE AVAILABLE AT ANY PARTICULAR TIME OR LOCATION, TIMELY, UNINTERRUPTED OR SECURE; (IV) ANY DEFECTS OR ERRORS WILL BE CORRECTED; OR (V) THE SERVICES ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. ANY CONTENT DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF THE SERVICES ARE DOWNLOADED AT YOUR OWN RISK AND YOU WILL BE SOLELY RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER SYSTEM OR MOBILE DEVICE OR LOSS OF DATA THAT RESULTS FROM SUCH DOWNLOAD OR YOUR USE OF THE SERVICES.

LIFE360 DOES NOT WARRANT, ENDORSE, GUARANTEE, OR ASSUME RESPONSIBILITY FOR ANY PRODUCT OR SERVICE ADVERTISED OR OFFERED BY A THIRD PARTY THROUGH THE SERVICES OR ANY HYPERLINKED WEBSITE OR SERVICE, AND LIFE360 WILL NOT BE A PARTY TO OR IN ANY WAY MONITOR ANY TRANSACTION BETWEEN YOU AND THIRD-PARTY PROVIDERS OF PRODUCTS OR SERVICES.

## XVII. LIMITATION OF LIABILITY

**If the law of the country where you live does not allow for the disclaimer of certain warranties provided in this Section, those disclaimers shall not apply to you to the extent prohibited.**

THIS AGREEMENT GIVES YOU SPECIFIC LEGAL RIGHTS, AND YOU MAY ALSO HAVE OTHER RIGHTS WHICH VARY FROM JURISDICTION TO JURISDICTION. THE DISCLAIMERS, EXCLUSIONS, AND LIMITATIONS OF LIABILITY UNDER THIS AGREEMENT WILL NOT APPLY TO THE EXTENT PROHIBITED BY APPLICABLE LAW.

THIS LIMITATION OF LIABILITY SECTION APPLIES WHETHER THE ALLEGED LIABILITY IS BASED ON CONTRACT, TORT, NEGLIGENCE, STRICT LIABILITY, OR ANY OTHER BASIS, EVEN IF LIFE360 HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGE. THE LIMITATIONS OF LIABILITY IN THIS SECTION SHALL APPLY TO THE FULLEST EXTENT PERMITTED BY LAW IN THE APPLICABLE JURISDICTION.

NOTHING IN THIS AGREEMENT SHALL AFFECT YOUR STATUTORY RIGHTS AS A CONSUMER.

NOTHING IN THIS AGREEMENT IS INTENDED TO EXCLUDE OR LIMIT LIFE360'S LIABILITY FOR: (1) DEATH OR PERSONAL INJURY CAUSED BY LIFE360'S GROSS NEGLIGENCE; (2) FRAUD; (3) FRAUDULENT MISREPRESENTATION; OR (4) ANY OTHER LIABILITY WHICH CANNOT BE VALIDLY EXCLUDED OR LIMITED BY LAW. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL LIFE360, OUR AFFILIATES, AGENTS/MANDATARIES, DIRECTORS, EMPLOYEES, SUPPLIERS OR LICENSORS BE LIABLE TO YOU FOR ANY LOSSES THAT WERE NOT CAUSED BY LIFE360'S BREACH OF THIS AGREEMENT OR ANY LOSS OR DAMAGE ARISING OUT OF THIS AGREEMENT THAT WAS NOT, AT THE TIME THAT YOU ENTERED INTO THIS AGREEMENT, A REASONABLY FORESEEABLE CONSEQUENCE OF LIFE360'S BREACH OF THIS AGREEMENT.

TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL LIFE360, OUR AFFILIATES, AGENTS/MANDATARIES, DIRECTORS, EMPLOYEES, SUPPLIERS OR LICENSORS BE LIABLE TO YOU FOR ANY INDIRECT, PUNITIVE, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR EXEMPLARY DAMAGES OR FOR LOSS OF PROFITS, GOODWILL, USE, DATA OR OTHER INTANGIBLE LOSSES, THAT RESULT FROM THE USE OF, OR INABILITY TO USE, THE PRODUCTS OR SERVICES. UNDER NO CIRCUMSTANCES WILL LIFE360 BE RESPONSIBLE FOR ANY DAMAGE, LOSS OR INJURY RESULTING FROM HACKING, TAMPERING OR OTHER UNAUTHORIZED ACCESS OR USE OF THE PRODUCTS OR SERVICES OR YOUR ACCOUNT OR THE INFORMATION CONTAINED THEREIN. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, LIFE360 ASSUMES NO LIABILITY OR RESPONSIBILITY FOR ANY (I) ERRORS, OMISSIONS, MISTAKES, OR INACCURACIES FROM THE PRODUCTS OR SERVICES OR RESULTS THAT ARE OBTAINED FROM USE OF THE PRODUCTS OR SERVICES (FOR EXAMPLE, DATA, INFORMATION, LOCATION, CRASH DETECTION OR REPORTING, EMERGENCY ASSISTANCE); (II) PERSONAL INJURY, DEATH, OR PROPERTY DAMAGE, OF ANY NATURE WHATSOEVER, RESULTING FROM YOUR ACCESS TO OR USE OF OUR PRODUCTS OR SERVICES (EXCEPT TO THE EXTENT CAUSED BY OUR GROSS NEGLIGENCE); (III) ANY UNAUTHORIZED ACCESS TO OR USE OF OUR SERVERS AND/OR ANY AND ALL PERSONAL INFORMATION STORED THEREIN; (IV) ANY INTERRUPTION OR CESSATION OF TRANSMISSION TO OR FROM THE PRODUCTS OR SERVICES; (V) ANY BUGS, VIRUSES, TROJAN HORSES, OR THE LIKE THAT MAY BE TRANSMITTED TO OR THROUGH OUR PRODUCTS OR SERVICES BY ANY THIRD PARTY; (VI) ANY ERRORS OR OMISSIONS IN ANY CONTENT OR FOR ANY LOSS OR DAMAGE INCURRED AS A RESULT OF THE USE OF ANY CONTENT POSTED, EMAILED, TRANSMITTED, OR OTHERWISE MADE AVAILABLE THROUGH THE PRODUCTS OR SERVICES; (VII) MEMBER CONTENT OR THE DEFAMATORY, OFFENSIVE, OR ILLEGAL CONDUCT OF ANY THIRD PARTY; AND/OR (VIII) ANY ACTION OR INACTION OF THIRD PARTIES. IN NO EVENT SHALL LIFE360, OUR AFFILIATES, AGENTS/MANDATARIES, DIRECTORS, EMPLOYEES, SUPPLIERS, OR LICENSORS BE LIABLE TO YOU OR ANY MEMBER FOR ANY CLAIMS, PROCEEDINGS, LIABILITIES, OBLIGATIONS, DAMAGES, LOSSES OR COSTS IN AN AMOUNT EXCEEDING THE AMOUNT YOU PAID TO LIFE360 HEREUNDER IN THE SIX MONTHS PRIOR TO THE EVENT GIVING RISE TO THE LIABILITY.

All legal actions arising with respect to the Services shall, unless prohibited by applicable law, be barred unless written notice thereof is received by Life360 within one year from the date of the event giving rise to such legal action.

The Services are controlled and operated from facilities in the United States and are available for use in certain other countries as explicitly identified in this Agreement or the Product and Service Terms. Other than the countries identified in this Agreement and the Product and Service Terms, Life360 makes no representations that the Products or Services are appropriate or available for use in other locations. Those who access or use the Products or Services from other jurisdictions do so at their own volition and are entirely responsible for compliance with all applicable local laws and regulations. You may not use the Products or Services if you are a resident of a country embargoed by the United States, or are a foreign person or entity blocked or denied by the United States government. Unless otherwise explicitly stated, all materials found on the Products and Services are solely directed to individuals located in the countries identified in the first sentence of this paragraph.

## XVIII. DISPUTE RESOLUTION, ARBITRATION; GOVERNING LAW, VENUE AND JURISDICTION; CLASS ACTION WAIVER

READ THIS SECTION CAREFULLY BECAUSE, EXCEPT WHERE PROHIBITED BY APPLICABLE LAW, IT REQUIRES THE PARTIES TO ARBITRATE THEIR DISPUTES. The provisions set out in this section 18 are prohibited by Quebec's *Consumer Protection Act* (CQLR c P-40.1) and therefore do not apply to Members in Quebec, Canada.

### A. Dispute Resolution; Arbitration

The term "**Disputes**," as used in this section, is intended to be interpreted broadly and includes any claim, dispute, or controversy between us that arises out of or relates to this Agreement, this Section 18 and/or any and all use of the Products or Services whether based in contract, statute, regulation, ordinance, tort (including fraud, misrepresentation, fraudulent inducement, or negligence), or any other legal or equitable theory, and includes all threshold issue of arbitrability including the validity, enforceability or scope of this Section 18.  The only Disputes excluded from this obligation to arbitration are: (1) claims that could be brought in small claims court; and (2) Company claims for injunctive or other equitable relief.

You must send written notice of any dispute you have with Life360, Tile or Jiobit to us at least sixty (60) days before filing a demand for arbitration pursuant to the following paragraphs. Your notice of dispute should be sent to us at the following address: legal@life360.com to give us the opportunity to resolve your dispute informally. You agree to try to negotiate a resolution of your dispute in good faith for the duration of the 60-day period. If we are unable to resolve your dispute, then you may file a demand for arbitration pursuant to the paragraphs that follow.

In the unlikely event that we have not been able to resolve your dispute after sixty (60) days, except where prohibited by applicable law, we each agree to resolve all Disputes (except the small claims and equitable claims excluded above) by binding arbitration brought before the arbitration body indicated below. The arbitration will be conducted in the location indicated below, unless you and Company agree otherwise. Each party will be responsible for paying any arbitration filing, administrative and arbitrator fees in accordance with the applicable rules. The award rendered by the arbitrator shall include costs of arbitration and reasonable costs for expert and other witnesses, and any judgement on the award rendered by the arbitrator may be entered in any court of competent jurisdiction. In addition, attorneys' fees are awardable only as permitted by applicable law.

### B. Governing Law, Jurisdiction, Venue and Arbitrators

Any action related to this Agreement shall be governed by and construed in accordance with the applicable law identified below (without reference to its principles of conflict of laws), as determined by Customer's domicile. The parties hereby irrevocably consent to the nonexclusive jurisdiction of, and venue in, the jurisdiction identified below.

| Customer's Domicile | Governing Law | Jurisdiction | Arbitration Rules, |
|---|---|---|---|
| Australia or New Zealand | Australia | Australia | Australian Centre fc Commercial Arbitra |
| A country in Asia or the Pacific Region, other than Japan | Singapore | Singapore | Singapore Internati Arbitration Centre |
| North, Central or South America, or the Caribbean | California or U.S. Federal Law | San Francisco, California | JAMS |
| The European Union or Switzerland | Irish Law | Dublin, Ireland | International Cham Commerce |
| The United Kingdom | England and Wales | London, England | JAMS |
| Japan | Japan | Tokyo, Japan | Japan Commercial Association |

**C. Class Action Waiver**

ALL CLAIMS MUST BE BROUGHT IN THE PARTIES' INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS ACTION, COLLECTIVE ACTION, PRIVATE ATTORNEY GENERAL ACTION OR OTHER REPRESENTATIVE PROCEEDING. THIS WAIVER APPLIES TO CLASS ARBITRATION, AND, UNLESS WE AGREE OTHERWISE, THE ARBITRATOR MAY NOT CONSOLIDATE MORE THAN ONE PERSON'S CLAIMS. YOU AGREE THAT, BY ENTERING INTO THIS AGREEMENT, YOU AND COMPANY ARE EACH WAIVING THE RIGHT TO A TRIAL BY JURY OR TO PARTICIPATE IN A CLASS ACTION, COLLECTIVE ACTION, PRIVATE ATTORNEY GENERAL ACTION, OR OTHER REPRESENTATIVE PROCEEDING OF ANY KIND.

**XIX. INFORMATION AND COMPLAINTS**

If you have a question or complaint regarding the Products or Services, please send an e-mail to support@life360.com or call +1 (866) 277-2233. Please note that e-mail communications will not necessarily be secure; accordingly you should not include credit card information or other sensitive information in your e-mail correspondence with Life360. California residents may reach the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs by mail at 1625 North Market Blvd., Sacramento, CA 95834, or by telephone at (916) 445-1254 or (800) 952-5210.

**XX. GENERAL**

### A. Assignment

This Agreement, and any rights and licenses granted hereunder, may not be transferred or assigned by you, but may be assigned by Life360 without restriction. Any attempted transfer or assignment in violation hereof shall be null and void.

### B. Notification Procedures and Changes to the Agreement

Life360 may provide notifications, whether such notifications are required by law or are for marketing or other business related purposes, to you via email notice, written or hard copy notice, or through posting of such notice on our website or mobile application, as determined by Life360 in our sole discretion or as may be required by applicable law. In order for us to send you notifications by email, you must ensure that you have an updated email address entered into your account. You can add an email address to your Life360 account, or update the email address you have on your account, by accessing Settings – Account – Edit Email Address within the Life360 App. Life360 reserves the right to determine the form and means of providing notifications to our Members, provided that you may opt out of certain means of notification as described in this Agreement. Life360 is not responsible for any automatic filtering you or your network provider may apply to email notifications we send to the email address you provide us. Life360 may modify or update this Agreement from time to time to reflect changes to our Services or how we do business; for legal, regulatory or security reasons, or to prevent abuse or harm. Your continued use of the Services after any such change constitutes your acceptance of the Agreement. If you do not agree to any of these terms or any future Agreement, do not use or access (or continue to access) the Services. You can also end your relationship with us at any time if you do not agree any of these changes by closing your account (see section X "Cancel Your Subscription or Close Your Account".

### C. Entire Agreement/Severability

This Agreement, together with any amendments and any additional agreements you may enter into with Life360 in connection with the Services (including all supplemental terms referenced herein), shall constitute the entire agreement between you and Life360 concerning the Services. If any provision of this Agreement is deemed invalid by a court of competent jurisdiction, the invalidity of such provision shall not affect the validity of the remaining provisions of this Agreement, which shall remain in full force and effect.

### D. No Waiver

No waiver of any term of this Agreement shall be deemed a further or continuing waiver of such term or any other term, and Life360's failure to assert any right or provision under this Agreement shall not constitute a waiver of such right or provision.

### E. Third Party Trademarks

Apple and the Apple logo are trademarks of Apple Inc., registered in the U.S. and other countries. App Store is a service mark of Apple Inc. Google Play, the Google Play logo, and Android are trademarks of Google Inc. The Bluetooth® word mark and logos are registered trademarks owned by Bluetooth SIG, Inc. and any use of such marks by us is under license. All other trademarks and trade names are properties of their respective owners.

### F. Contact Information

Please contact us support@life360.com with any questions regarding this Agreement.

Life360 maintain an office address at:

1900 S. Norfolk Street, Suite 310
San Mateo, CA 94403
United States

### G. Language

You and Life360 have each expressly requested and required this Agreement and all documents that relate hereto be drawn up in the English language, and that the English language version of this Agreement shall prevail in the case of any discrepancies between it and a version in any other language.

## XXI. Previous Terms

Life360 Terms of Service (2024.0)

**Articles in this section**

Life360 Privacy Policy

Life360 Terms of Service

Life360 Third-Party Service Providers and Business Partners

Notice of Collection

Life360 Law Enforcement Guidelines

Life360 Product and Services Terms

Korean Personal Data Processing Policy (Privacy Policy) Addendum - 한

국 개인 데이터 처리정책(개인정보 보호 정책) 부록

Information Regarding EU/EEA/UK Consumers' Right of Withdrawal

Korean Personal Data Processing Policy (Privacy Policy) Addendum - 한국 개인 데이터 처리정책(개인정보 보호 정책) 부록 (이전의)

**See all →**

**Life360 Inc © 2024**

TILE and the TILE design are trademarks of Tile, Inc.

Privacy Policy

Terms of Service

Do Not Sell or Share My Personal Information

Your Privacy Choices