# EXHIBIT G
# to the Declaration of
# S. Klinkner

# Updated Terms of Service and Privacy Policy

Thanks for choosing Life360, Tile, and Jiobit to protect and stay close to the people, pets and things you love! Tile and Jiobit have joined the Life360 family, and we have consolidated our Terms of Service into a single, comprehensive Terms of Service covering all of our products and services. We have also updated the terms for changes to applicable laws and to clarify some of the terms surrounding particular features such as, limitations for Roadside/ Breakdown Assistance and the Tile warranties, updates for Members residing in the United Kingdom.

We have also updated our Privacy Policy to reflect the recently passed EU-US Data Privacy Framework and the UK Extension to the EU-US Data Privacy Framework.

You can find our updated policies here: **Terms of Service** and **Privacy Policy**. If you have any questions about these changes or about your account, please visit **Life360's Help Center** or the **Tile and Jiobit Help Center**, or contact us via email for Life360 **support@life360.com**, for Tile **support@tile.com**, or for Jiobit via **support@jiobit.com**.

This update is effective on November 26, 2023. If you continue to use any of our apps, or access our websites (other than to read the new terms) on or after November 26, 2023, you are agreeing to the new Terms of Service and Privacy Policy.

Thank you,
The Life360 Team