# EXHIBIT H
# to the Declaration of
# S. Klinkner


Sign Up
Email Address
Password
Must include one letter, one number, and be at least 8 characters long.
I have read and accept Tile's Terms of Service and understand Tile's Privacy Policy applies.
I would not like to receive emails about Tile's products, news and promotions.
Sign Up
Already have an account? Sign In