**MILSTEIN JACKSON**
**FAIRCHILD & WADE, LLP**
Gillian L. Wade, State Bar No. 229124
gwade@mjfwlaw.com
Sara D. Avila, State Bar No. 263213
savila@mjfwlaw.com
Marc A. Castaneda, State Bar No. 299001
mcastaneda@mjfwlaw.com
2450 Colorado Ave., Suite 100E
Santa Monica, California 90404
Tel: (310) 396-9600
Fax: (310) 396-9635

**wh LAW**
David Slade
slade@wh.law
Brandon Haubert
brandon@wh.law
Jessica Hall
jessica@wh.law
1 Riverfront Place, Suite 745
North Little Rock, AR 72114
Telephone: 501.891.6000
Facsimile: 501.222.3027

*Attorneys for Plaintiffs individually and on behalf of all others similarly situated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHANNON IRELAND-GORDY and STEPHANIE IRELAND GORDY, MELISSA BROAD, and JANE DOE individually and on behalf of all others similarly situated,

Plaintiffs,

v.

TILE, INC., LIFE360, INC., and AMAZON.COM, INC.,

Defendants.

Case No. 3:23-CV-04119-RFL

**STIPULATION AND [PROPOSED] ORDER CONTINUING BRIEFING DEADLINES RELATED TO DEFENDANTS TILE, INC. AND LIFE 360 INC.'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**

Date: August 27, 2024
Time: 10:00 AM
Dept. 15
Judge: Rita F. Lin
Trial Date: TBD
Date Action Filed: 08/14/2023

**STIPULATION**

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Shannon Ireland-Gordy, Stephanie Ireland Gordy, Melissa Broad, and Jane Doe ("Plaintiffs") and Defendants Tile, Inc. ("Tile"), Life360, Inc. ("Life360") (collectively, "Tile"), and Amazon.com, Inc. ("Amazon") (collectively, "the Parties"), by and through their respective counsel, hereby agree and stipulate that good cause exists to request an order from the Court continuing Plaintiffs' current response deadline to Tile and Life360's Motion to Compel Arbitration and Stay Proceedings for seven days from July 5, 2024 to July 12, 2024.

WHEREAS, on August 14, 2023, Plaintiffs filed a putative class action lawsuit against Life360, Tile, and Amazon (ECF No. 1, the "Complaint");

WHEREAS, the parties have previously requested the following extensions and/or time modifications: (1) On October 23, 2023, the parties requested to Continue the Initial Case Management Conference and Defendants' Deadline to Respond to Complaint, which was granted on October 23, 2023 (ECF No. 22); and (2) On February 27, 2024, the parties requested to Set a Briefing Schedule and Continue the Initial Case Management Conference, which was granted on February 29, 2024 (ECF No. 30);WHEREAS, the Court has not stated that further extensions will not be granted.

WHEREAS, on February 27, 2024, the Parties filed a stipulation requesting an order from the Court setting Plaintiffs' deadline to amend their Complaint, setting a briefing schedule for Defendants' anticipated motions in response, and continuing the Initial Case Management Conference (ECF No. 29); WHEREAS, on February 29, 2024, the Court granted the Parties' stipulation, which set deadlines keyed off of the date a motion to dismiss order issued in the similar case, *Hughes et. al. v. Apple, Inc.*, 3:22-cv-07668-VC (*Hughes*) (ECF No. 30);

WHEREAS, the motion to dismiss order in *Hughes* issued on March 15, 2024, and on June 7, 2024, Tile timely filed a Motion to Compel Arbitration and Stay Proceedings (ECF No. 33) and Amazon filed a joinder thereto (ECF No. 35);

WHEREAS, the current deadline for Plaintiffs to file an opposition to the Motion to Compel Arbitration is July 5, 2024;

WHEREAS, Plaintiffs' counsel's respective offices are closed on July 4 and 5, 2024 and several attorneys and staff will be out of the office the entire week;

WHEREAS, at the time the Parties agreed to a schedule on the motions responsive to the amended complaint they did not know when the *Hughes* order on the motion to dismiss would issue, and thus did not know the deadline to file an opposition would fall on the day after the Fourth of July holiday;

WHEREAS, a seven day extension of time to file an opposition to the Motion to Compel Arbitration to July 12, 2024, and in turn, a reply brief on August 2, 2024, will not affect the noticed hearing date of August 27, 2024 or any other currently-scheduled deadlines, and the briefing will be complete more than 14-days before the scheduled hearing in accordance with this Court's Civil Standing Order;

NOW THEREFORE, the Parties, by and through their respective undersigned counsel, hereby stipulate and agree that:

1. Plaintiffs' deadline to file their opposition to Tile and Life360's Motion to Compel Arbitration is continued seven days to July 12, 2024;
2. Defendants' deadline to file a reply is continued seven days to August 2, 2024.

**IT IS SO STIPULATED.**

Dated: June 14, 2024

MILSTEIN JACKSON FAIRCHILD & WADE, LLP

By: */s/ Gillian Wade*

Gillian L. Wade
Sara D. Avila
Marc A. Castaneda

David Slade
slade@wh.law
Brandon Haubert
brandon@wh.law
Jessica Hall
jessica@wh.law
wh LAW
1 Riverfront Place, Suite 745
North Little Rock, AR 72114
Telephone: 501.891.6000
Facsimile: 501.222.3027

Attorneys for Plaintiffs Shannon Ireland-Gordy, Stephanie Ireland Gordy, Melissa Broad, and Jane Doe.

Dated: June 14, 2024

COOLEY, LLP

By: */s/ Jeffrey Gutkin*

TRAVIS LEBLANC (251097)
(tleblanc@cooley.com)
JEFFREY M. GUTKIN (216083)
(jgutkin@cooley.com)
MAX A. BERNSTEIN (305722)
(mbernstein@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

AMANDA A. MAIN (260814)
(amain@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Defendants
Tile, Inc. and Life360, Inc.

Dated: June 14, 2024

PERKINS COIE LLP

By: */s/ Charles Sipos*

Charles C. Sipos (348801)
CSipos@perkinscoie.com
Ellie F. Chapman (305473)
EChapman@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Tel: (206) 359-8000
Fax: (206) 359-9000

Attorneys for Defendant Amazon.com, Inc.

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I, Gillian L. Wade, hereby attest that concurrence in the filing of this document has been obtained.

Dated: June 14, 2024

*/s/ Gillian Wade*
Gillian L. Wade

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. Plaintiffs' deadline to file an opposition to Tile's Motion to Compel Arbitration is continued to July 12, 2024 and Defendants' deadline to file a Reply is continued to August 2, 2024.

Dated: _______________, 2024

HON. RITA F. LIN
UNITED STATES DISTRICT JUDGE