**MILSTEIN JACKSON FAIRCHILD & WADE, LLP**
Gillian L. Wade, State Bar No. 229124
gwade@mjfwlaw.com
Sara D. Avila, State Bar No. 263213
savila@mjfwlaw.com
Marc A. Castaneda, State Bar No. 299001
mcastaneda@mjfwlaw.com
2450 Colorado Ave., Suite 100E
Santa Monica, California 90404
Tel: (310) 396-9600
Fax: (310) 396-9635

**wh LAW**
David Slade
slade@wh.law
Brandon Haubert
brandon@wh.law
Jessica Hall
jessica@wh.law
1 Riverfront Place, Suite 745
North Little Rock, AR 72114
Telephone: 501.891.6000
Facsimile: 501.222.3027

*Attorneys for Plaintiffs individually and on behalf of all others similarly situated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHANNON IRELAND-GORDY and STEPHANIE IRELAND GORDY, MELISSA BROAD, and JANE DOE individually and on behalf of all others similarly situated,

Plaintiffs,

v.

TILE, INC., LIFE360, INC., and AMAZON.COM, INC.,

Defendants.

Case No. 3:23-CV-04119-RFL

**STIPULATION AND ~~[PROPOSED]~~ ORDER RE: PLAINTIFFS' OPPOSITION TO MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS AND CONTINUING REPLY BRIEFING DEADLINE**

Date: August 27, 2024
Time: 10:00 AM
Dept. 15
Judge: Rita F. Lin
Trial Date: TBD
Date Action Filed: 08/14/2023

**STIPULATION**

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Shannon Ireland-Gordy, Stephanie Ireland Gordy, Melissa Broad, and Jane Doe ("Plaintiffs") and Defendants Tile, Inc. ("Tile"), Life360, Inc. ("Life360") (collectively, "Tile"), and Amazon.com, Inc. ("Amazon") (collectively, "the Parties"), by and through their respective counsel, hereby agree and stipulate that good cause exists to request an order from the Court allowing Plaintiffs to file a corrected Opposition to Tile and Life360's Motion to Compel Arbitration and Stay Proceedings by tomorrow, July 18, 2024, that complies with this Court's standing order regarding page limits, and accordingly continuing the deadline for Reply briefs six days from August 2, 2024 to August 8, 2024. The requested relief will not affect the scheduled hearing date of August 27, 2024.

WHEREAS, on August 14, 2023, Plaintiffs filed a putative class action lawsuit against Life360, Tile, and Amazon (ECF No. 1, the "Complaint");

WHEREAS, the parties have previously requested the following extensions and/or time modifications: (1) On October 23, 2023, the Parties requested to Continue the Initial Case Management Conference and Defendants' Deadline to Respond to Complaint, which was granted on October 23, 2023 (ECF No. 22); and (2) On February 27, 2024, the Parties requested to Set a Briefing Schedule and Continue the Initial Case Management Conference, which was granted on February 29, 2024 (ECF No. 30); and on (3) June 14, 2024 the parties requested to Extend the Briefing Schedule in connection with the Motion to Compel Arbitration and Stay Proceedings (ECF 36), which was granted on June 17, 2024 (ECF 37);

WHEREAS, the Court has not stated that further extensions will not be granted.

WHEREAS, on June 7, 2024, Tile timely filed a Motion to Compel Arbitration and Stay Proceedings (ECF No. 33) and Amazon filed a joinder thereto (ECF No. 35);

WHEREAS, on July 12, 2024, Plaintiffs timely filed their opposition to the Motion to Compel Arbitration and Stay Proceedings (ECF No. 33), which is 21-pages long;

WHEREAS, on July 16, 2024, opposing counsel graciously notified Plaintiffs' counsel that their opposition is not in compliance with this Court's Civil Standing Order regarding a maximum 15-page limit for the opposition and requested Plaintiffs' file a corrected opposition and provide

Defendants with an equivalent extension to file their Reply;

WHEREAS, Plaintiffs readily acknowledged this mistake, appreciate the professional courtesy of opposing counsel, and wish to file a corrected 15-page opposition no later than Thursday, July 18, 2024 and in turn agree the reply brief deadline should be continued six-days from August 2, 2024 to August 8, 2024 to account for the time lapse caused by Plaintiffs' mistake;

WHEREAS, the requested relief will not require the scheduled hearing of August 27, 2024 to change, as all briefing will be complete at least 14-days before the scheduled hearing in accordance with this Court's Civil Standing Order;

NOW THEREFORE, the Parties, by and through their respective undersigned counsel, hereby stipulate and agree that:

1. Plaintiffs' may file a corrected 15-page opposition to Tile and Life360's Motion to Compel Arbitration in compliance with this Court's Civil Standing Order by July 18, 2024;
2. Defendants' deadline to file a reply is continued six days to August 8, 2024.

**IT IS SO STIPULATED.**

Dated: July 17, 2024

MILSTEIN JACKSON FAIRCHILD & WADE, LLP

By: */s/ Gillian L. Wade*

Gillian L. Wade
Sara D. Avila
Marc A. Castaneda

David Slade
slade@wh.law
Brandon Haubert
brandon@wh.law
Jessica Hall
jessica@wh.law
wh LAW
1 Riverfront Place, Suite 745
North Little Rock, AR 72114
Telephone: 501.891.6000
Facsimile: 501.222.3027

Attorneys for Plaintiffs Shannon Ireland-Gordy, Stephanie Ireland Gordy, Melissa Broad, and Jane Doe.

Dated: July 17, 2024

COOLEY, LLP

By: */s/ Jeffrey Gutkin*

TRAVIS LEBLANC (251097)
(tleblanc@cooley.com)
JEFFREY M. GUTKIN (216083)
(jgutkin@cooley.com)
MAX A. BERNSTEIN (305722)
(mbernstein@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

AMANDA A. MAIN (260814)
(amain@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Defendants
Tile, Inc. and Life360, Inc.

Dated: July 17, 2024

PERKINS COIE LLP

By: */s/ Charles Sipos*

Charles C. Sipos (348801)
CSipos@perkinscoie.com
Ellie F. Chapman (305473)
EChapman@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Tel: (206) 359-8000
Fax: (206) 359-9000

Attorneys for Defendant Amazon.com, Inc.

* * *

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I, Gillian L. Wade, hereby attest that concurrence in the filing of this document has been obtained.

Dated: July 17, 2024

*/s/ Gillian L. Wade*
Gillian L. Wade

* * *

**~~[PROPOSED]~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. Plaintiffs may file a corrected 15-page opposition to Tile's Motion to Compel Arbitration by July 18, 2024 and Defendants' deadline to file a Reply is accordingly continued to August 8, 2024.

Dated: July 18, 2024

HON. RITA F. LIN
UNITED STATES DISTRICT JUDGE