**WADE KILPELA SLADE LLP**
Gillian L. Wade, State Bar No. 229124
gwade@waykayslay.com
Sara D. Avila, State Bar No. 263213
sara@waykayslay.com
Marc A. Castaneda, State Bar No. 299001
marc@waykayslay.com
2450 Colorado Ave., Suite 100E,
Santa Monica, CA 90404
Telephone: (310) 667-7273
Facsimile: (424) 276-0473

**MILSTEIN JACKSON FAIRCHILD & WADE, LLP**
Mark A. Milstein, State Bar No. 155513
mmilstein@mjfwlaw.com
2450 Colorado Ave., Ste. 100E
Santa Monica, California 90404
Tel: (310) 396-9600
Fax: (310) 396-9635

**WADE KILPELA SLADE LLP**
David Slade
slade@ waykayslay.com
1 Riverfront Place, Suite 745,
North Little Rock, AR 72114
Telephone: (501) 417-6445
Facsimile: (424) 276-0473

**wh LAW**
Brandon Haubert
brandon@wh.law
Jessica Hall
jessica@wh.law
1 Riverfront Place, Suite 745
North Little Rock, AR 72114
Telephone:  501.891.6000
Facsimile:  501.222.3027

*Attorneys for Plaintiffs individually and on behalf of all others similarly situated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON IRELAND-GORDY and STEPHANIE IRELAND GORDY, MELISSA BROAD, and JANE DOE individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TILE, INC., LIFE360, INC., and AMAZON.COM, INC.,<br><br>Defendants. | Case No. 3:23-CV-04119-RFL<br><br>**DECLARATION OF ▮▮▮ IN SUPPORT OF PLAINTIFFS' MOTION TO PROCEED UNDER A PSEUDONYM AS TO JANE DOE**<br><br>Hearing Date:   September 17, 2024<br>Hearing Time:  10:00 a.m.<br>Judge:          Rita F. Lin<br>Dept.           15 |

I, ▓▓▓▓▓▓▓▓ , hereby declare as follows:

1. I am the Jane Doe plaintiff in the above-named lawsuit. I make the statements in this declaration based on my personal knowledge of the matters discussed herein, and if called as a witness, I could and would competently testify to same.

2. I was stalked by my ex-boyfriend with a Tile Tracker in March 2024. On or about March 24, 2024, I became concerned when, following the breakup, I was at my friend's boyfriend's house, and was alerted that there was a suspicious person driving down the street. I recognized the person my ex-boyfriend.

3. I knew my ex-boyfriend had a Life 360 account and became suspicious that he was using a Tile Tracker to follow me. I downloaded the Tile app on my ride home so I could use its Scan and Secure feature. The app showed the Tile Tracker was in my proximity, but did not allow me to locate it, nor did it allow me to trigger a noise or any other sensory alert that enabled me to locate the device.

4. On March 28, 2024, I physically removed the front seats of my car, but still could not find the Tile Tracker. Around the same time, I reached out to the police but was informed they could not help me unless the device was found.

5. Several days later, I removed the entire back seat of my car and found the Tile Tracker hidden in the car's frame. Once I found the Tile Tracker, I destroyed the device.

6. Ever since the stalking, I have had profound trust problems, as well as a more omnipresent anxiety in my day-to-day life. I will not park anywhere that is far from my ultimate destination or out of view of a security camera. I have developed an overwhelming fear my ex-boyfriend could find me and harass me, or worse, expose me to violence. I have had a hard time sleeping, I feel a consistent nervousness, and I am convinced that I am always being followed.

7. I am deeply concerned about my identity being made public through this litigation, which may allow my ex-boyfriend to know when I will be in court.

8. Within the past month, my ex-boyfriend has committed property damage in retaliation against me and has sent threatening messages to my family, and I am considering trying to get a restraining order against him.

// 
// 
// 

I declare under the penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 2nd day of August 2024 in __Chatsworth_____, California.