UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON IRELAND-GORDY and STEPHANIE IRELAND GORDY, MELISSA BROAD, and JANE DOE individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TILE, INC., LIFE360, INC., and AMAZON.COM, INC.,<br><br>Defendants. | Case No. 3:23-CV-04119-RFL<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO PROCEED UNDER A PSEUDONYM AS TO JANE DOE**<br><br>Hearing Date:   September 17, 2024<br>Hearing Time:   10:00 a.m.<br>Judge:   Rita F. Lin<br>Dept.   15 |

1  The Court, having read and considered Plaintiffs' Motion to Proceed Under a Pseudonym as to Jane Doe, and all papers filed in support thereof and in opposition thereto, and good cause appearing, hereby GRANTS Plaintiffs' Motion and finds Plaintiff Jane Doe may continue to proceed pseudonymously until such a time as Defendants can articulate a compelling need to proceed otherwise.

**IT IS SO ORDERED.**

DATED this _____ day of _____ 2024

_____
HON. RITA F. LIN
United States District Judge

**[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION TO PROCEED UNDER A PSEUDONYM
CASE NO. 3:23-CV-04119-RFL**