UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Shannon Ireland-Gordy, et al.,

　　　　Plaintiff(s),

　v.

Tile, Inc., et al.,

　　　　Defendant(s).

Case No. 3:23-CV-04119-RFL

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

　　I, Lucy L. Holifield, an active member in good standing of the bar of Arkansas, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs Shannon Ireland-Gordy, et al. in the above-entitled action. My local co-counsel in this case is Gillian L. Wade, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 229124.

| | |
|---|---|
| 1 Riverfront Place Suite 745<br>Little Rock, Arkansas 72114-5651 | 2450 Colorado Ave., 100E, Santa Monica, California 90404 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (501) 766-6229 | (310) 667-7273 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| lholifield@waykayslay.com | (424) 276-0473 |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

　　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2016165.

　　A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

　　I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 16, 2024 /s/ Lucy L. Holifield
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Lucy L. Holifield is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

UNITED STATES DISTRICT/MAGISTRATE JUDGE

*Supreme Court*

# State of Arkansas
*Little Rock*

## CERTIFICATE OF GOOD STANDING

State of Arkansas

in the Supreme Court

I, Kyle E. Burton, Clerk of the Supreme Court of Arkansas, do hereby certify that Lucy Lee Holifield was enrolled as an Attorney at Law and Solicitor in Chancery by the Supreme Court of this State on September 9, 2016 and that no disbarment proceedings nor adverse disciplinary actions have been filed against this attorney in this court during the past three year period.

In Testimony Whereof, I hereunto
set my hand as Clerk and affix the seal of Said Court
this the 15th day of August, 2024.



KYLE E. BURTON
(CLERK)

By _/s/ Michelle Weise_

Deputy Clerk