**WADE KILPELA SLADE LLP**
Gillian L. Wade, State Bar No. 229124
gwade@waykayslay.com
Sara D. Avila, State Bar No. 263213
sara@waykayslay.com
Marc A. Castaneda, State Bar No. 299001
marc@waykayslay.com
2450 Colorado Ave., Suite 100E,
Santa Monica, CA 90404
Telephone: (310) 667-7273
Facsimile: (424) 276-0473

**MILSTEIN JACKSON FAIRCHILD & WADE, LLP**
Mark A. Milstein, State Bar No. 155513
mmilstein@mjfwlaw.com
2450 Colorado Ave., Ste. 100E
Santa Monica, California 90404
Tel: (310) 396-9600
Fax: (310) 396-9635

*Attorneys for Plaintiffs individually and on behalf of all others similarly situated*

**WADE KILPELA SLADE LLP**
David Slade
slade@ waykayslay.com
Lucy L. Holifield
lholifield@waykayslay.com
1 Riverfront Place, Suite 745,
North Little Rock, AR 72114
Telephone: (501) 417-6445
Facsimile: (424) 276-0473

**wh LAW**
Brandon Haubert
brandon@wh.law
Jessica Hall
jessica@wh.law
1 Riverfront Place, Suite 745
North Little Rock, AR 72114
Telephone: 501.891.6000
Facsimile: 501.222.3027

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHANNON IRELAND-GORDY and STEPHANIE IRELAND GORDY, MELISSA BROAD, and JANE DOE individually and on behalf of all others similarly situated,

Plaintiffs,

v.

TILE, INC., LIFE360, INC., and AMAZON.COM, INC.,

Defendants.

Case No. 3:23-CV-04119-RFL

**PLAINTIFFS' MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY**

Judge: Rita F. Lin
Dept. 15
Trial Date: TBD
Date Action Filed: August 14, 2023

Pursuant to Rule 7-3(d) of the United States District Court of the Northern District of California Civil Local Rules, Plaintiffs request leave to file a Notice of Supplemental Authority regarding the Ninth Circuit's recent opinion issued in *Heckman v. Live Nation Ent., Inc.*, No. 23-55770, 2024 U.S. App. LEXIS 27277 (9th Cir. Oct. 28, 2024) because it is a relevant judicial opinion that speaks to issues the Court asked the Parties to address in relation to Tile's currently pending motion to compel arbitration (Dkt. 33), including the application of California law in the context of delegation clauses, and was issued after the parties' supplemental briefing was due on September 10, 2024 (see Dkt. 55).

Dated: November 13, 2024

**WADE KILPELA SLADE LLP**

[signature]

Gillian L. Wade
Sara D. Avila
Marc A. Castaneda
2450 Colorado Ave., Suite 100E,
Santa Monica, CA 90404
Telephone: (310) 667-7273
Facsimile: (424) 276-0473
gwade@waykayslay.com
sara@waykayslay.com
marc@waykayslay.com

David Slade
Lucy L. Holifield
1 Riverfront Place, Suite 745,
North Little Rock, AR 72114
slade@waykayslay.com
Tel: (501) 417-6445

**MILSTEIN JACKSON FAIRCHILD & WADE, LLP**
Mark A. Milstein
mmilstein@mjfwlaw.com
2450 Colorado Ave., Ste. 100E
Santa Monica, California 90404
Tel: (310) 396-9600
Fax: (310) 396-9635

**wh LAW**
Brandon Haubert
brandon@wh.law
Jessica Hall
jessica@wh.law
1 Riverfront Place, Suite 745
North Little Rock, AR 72114

Telephone: 501.891.6000
Facsimile: 501.222.3027

*Attorneys for Plaintiffs individually and on behalf of all others similarly situated*