COOLEY LLP
TRAVIS LEBLANC (251097)
(tleblanc@cooley.com)
JEFFREY M. GUTKIN (216083)
(jgutkin@cooley.com)
MAX A. BERNSTEIN (305722)
(mbernstein@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

AMANDA A. MAIN (260814)
(amain@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Defendants
TILE, INC. and LIFE360, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON IRELAND-GORDY, STEPHANIE IRELAND GORDY, MELISSA BROAD, and JANE DOE individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TILE, INC., LIFE360, INC., and AMAZON.COM, INC.,<br><br>Defendants. | Case No. 3:23-CV-04119-RFL<br><br>**DEFENDANTS' MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Judge: Rita F. Lin<br>Dept.: 15<br>Trial Date: TBD<br>Date Action Filed: August 14, 2023 |

Pursuant to Rule 7-3(d) of the United States District Court of the Northern District of California Civil Local Rules, Defendants Tile, Inc. and Life360, Inc. request leave to file a Notice of Supplemental Authority to provide the Court with the Northern District of California's November 18, 2024 opinion in *Hughes et al. v. Apple Inc.*, Case No. 22-cv-07668-VC (Dkt. No. 82). This decision is relevant to the issue briefed in the pending Motion to Compel Arbitration and Stay Proceedings regarding whether there is a nexus between Plaintiffs' claims and their contract with Defendant Tile, Inc., as well as the positions argued by these same Plaintiffs' counsel concerning that issue in this parallel action, where they also represent the plaintiffs.

Dated: November 25, 2024

COOLEY LLP

By: */s/ Jeffrey M. Gutkin*
Jeffrey M. Gutkin

Attorney for Defendants
TILE, INC. and LIFE360, INC.

311185817