**WADE KILPELA SLADE LLP**
Gillian L. Wade, State Bar No. 229124
gwade@waykayslay.com
Sara D. Avila, State Bar No. 263213
sara@waykayslay.com
Marc A. Castaneda, State Bar No. 299001
marc@waykayslay.com
2450 Colorado Ave., Suite 100E,
Santa Monica, CA 90404
Telephone: (310) 667-7273
Facsimile: (424) 276-0473

**WADE KILPELA SLADE LLP**
David Slade
slade@ waykayslay.com (admitted *pro hac vice*)
Lucy L. Holifield (admitted *pro hac vice*)
lholifield@waykayslay.com
1 Riverfront Place, Suite 745,
North Little Rock, AR 72114
Telephone: (501) 417-6445
Facsimile: (424) 276-0473

*Attorneys for Plaintiffs and the proposed class*
*(Additional counsel listed on signature page)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHANNON IRELAND-GORDY and STEPHANIE IRELAND-GORDY, MELISSA BROAD, and JANE DOE individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TILE, INC., LIFE360, INC., and AMAZON.COM, INC.,<br><br>Defendants. | Case No. 3:23-CV-04119-RFL<br><br>**STATEMENT OF RECENT DECISION IN SUPPORT OF PLAINTIFFS' OPPOSITION TO AMAZON.COM, INC.'S MOTION TO DISMISS**<br><br>Judge: Rita F. Lin<br>Dept.: 15<br>Date: May 20, 2025<br>Time: 10:00 a.m.<br><br>Action Filed: Aug. 14, 2023<br>Trial Date: TBD |

Pursuant to Civil Local Rule 7-3(d)(2), Plaintiffs Shannon Ireland-Gordy, Stephanie Ireland-Gordy, Melissa Broad, and Jane Doe (collectively, "Plaintiffs") respectfully submit THIS STATEMENT OF RECENT DECISION IN SUPPORT OF PLAINTIFFS' OPPOSITION TO AMAZON.COM, INC.'S MOTION TO DISMISS, which brings to this Court's attention a relevant decision issued after submission in this case of Plaintiffs' Opposition (ECF 87) to Amazon.com, Inc.'s motion to dismiss (ECF 78).

In the decision noticed herein, *State of Nevada vs. Meta Platforms, Inc.*, Case No. A-24-886110-B (April 10, 2025), attached hereto as Exhibit A, the Honorable Judge Joanna S. Kishner denied Meta Platforms, Inc.'s motion to dismiss the State of Nevada's product liability claims, providing analysis regarding the meaning of a "product." Specifically, and relying in part on the "policy objectives" set forth in the Restatement (Second) of Torts § 402A, Judge Kishner found that the State of Nevada adequately alleged that "Meta's platforms fall within the definition of a 'good' and/or 'service' as defined by the NDTPA" and that "the Court need not adhere to a strict definition of 'product' that encompasses only 'tangible' items" but instead should leave room to consider "changes in technology" on a case-by-case basis.

Dated: April 21, 2025

**WADE KILPELA SLADE LLP**

Gillian L. Wade
Sara D. Avila
Marc A. Castaneda
2450 Colorado Ave., Suite 100E,
Santa Monica, CA 90404
Telephone: (310) 667-7273
Facsimile: (424) 276-0473
gwade@waykayslay.com
sara@waykayslay.com
marc@waykayslay.com

David Slade (admitted *pro hac vice*)
Lucy L. Holifield (admitted *pro hac vice*)
1 Riverfront Place, Suite 745,
North Little Rock, AR 72114
slade@waykayslay.com

Tel: (501) 417-6445

**MILSTEIN JACKSON FAIRCHILD & WADE, LLP**
Mark A. Milstein
mmilstein@mjfwlaw.com
2450 Colorado Ave., Ste. 100E
Santa Monica, California 90404
Tel: (310) 396-9600
Fax: (310) 396-9635

**wh LAW**
Brandon Haubert
brandon@wh.law
Jessica Hall
jessica@wh.law
1 Riverfront Place, Suite 745
North Little Rock, AR 72114
Telephone: 501.891.6000
Facsimile: 501.222.3027

*Attorneys for Plaintiffs individually and on behalf of all others similarly situated*