UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON IRELAND-GORDY, et al.,<br>Plaintiffs,<br>v.<br>TILE, INC., et al.,<br>Defendants. | Case No. 23-cv-04119-RFL<br><br>**ORDER GRANTING MOTION TO COMPEL ARBITRATION**<br><br>Re: Dkt. No. 33 |

Pursuant to the Ninth Circuit's Memorandum Opinion (Dkt. No. 106) Defendant Tile, Inc. and Life360, Inc.'s (together, "Tile") Motion to Compel Arbitration (Dkt. No. 33) is **GRANTED** with respect to Plaintiffs Melissa Broad and Jane Doe's claims against Tile. This action remains stayed, and Plaintiffs shall provide status updates regarding Broad and Doe's arbitrations on the schedule previously set. (Dkt. Nos. 65, 105.)

**IT IS SO ORDERED.**

Dated: April 6, 2026

RITA F. LIN
United States District Judge