WADE KILPELA SLADE LLP
Gillian L. Wade, State Bar No. 229124
gwade@waykayslay.com
Sara D. Avila, State Bar No. 263213
sara@waykayslay.com
Marc A. Castaneda, State Bar No. 299001
marc@waykayslay.com
2450 Colorado Ave., Suite 100E,
Santa Monica, CA 90404
Telephone: (310) 667-7273
Facsimile: (424) 276-0473

WADE KILPELA SLADE LLP
David Slade (admitted *pro hac vice*)
slade@ waykayslay.com
Lucy L. Holifield (admitted *pro hac vice*)
lholifield@waykayslay.com
1 Riverfront Place, Suite 745,
North Little Rock, AR 72114
Telephone: (501) 417-6445
Facsimile: (424) 276-0473

*Attorneys for Plaintiffs individually and on behalf of all others similarly situated*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SHANNON IRELAND-GORDY, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>TILE, INC., et al.,<br><br>Defendant. | Case No. 3:23-cv-04119-RFL<br><br>**NOTICE OF WITHDRAWAL OF LUCY LEE HOLIFIELD**<br><br>Judge: Rita F. Lin<br>Dept. 15 |

**TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Lucy L. Holifield of Wade Kilpela Slade LLP has withdrawn as attorney of record for Plaintiffs. Plaintiffs remain represented by Wade Kilpela Slade LLP. Accordingly, the withdrawal of Ms. Holifield from this matter will impose no delay of the case nor will it prejudice any party.

Dated: July 17, 2026

**WADE KILPELA SLADE LLP**

*/s/ Gillian L. Wade*

WADE KILPELA SLADE LLP
Gillian L. Wade, State Bar No. 229124
gwade@waykayslay.com
Sara D. Avila, State Bar No. 263213
sara@waykayslay.com
Marc A. Castaneda, State Bar No. 299001
marc@waykayslay.com
2450 Colorado Ave., Suite 100E,
Santa Monica, CA 90404
Telephone: (310) 667-7273
Facsimile: (424) 276-0473

WADE KILPELA SLADE LLP
David Slade (admitted *pro hac vice*)
slade@ waykayslay.com
Lucy L. Holifield (admitted *pro hac vice*)
lholifield@waykayslay.com
1 Riverfront Place, Suite 745,
North Little Rock, AR 72114
Telephone: (501) 417-6445
Facsimile: (424) 276-0473

*Attorneys for Plaintiffs individually and on behalf of all others similarly situated*